# AFFIDAVIT OF AAYUSHMAN MISRA

My name is Aayushman Misra and I am a national of India. I currently live in St. Louis, Missouri.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date March 24, 2014 and my I-485 receipt date is October 30, 2020. My receipt number for the I-485 application is LIN2190179427.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

My case was received by USCIS (Nebraska center) on October 30th, 2020. I applied for a EB3 I-140 petition, along with I-485, I-131 and I-765. My fingerprint fee was accepted on February 5th, 2021. However till date I have not even received notice for my biometrics appointment.

I initially contacted USCIS on April 16, 2021 through the service request form (request ID number - SR11062104689NSC) requesting for a status update and was informed to expect a reply by May 8, 2021. I received the below reply from USCIS on April 30, 2021.

"The status of this service request is:
 U.S. Citizenship and Immigration Services (USCIS) records indicate your Biometrics Appointment has been requested.
Depending on need and/or appointment availability for each Application Support Center we are unable to provide a timeframe for when a biometric appointment will be assigned, or notice issued at this time.
We hope this information is helpful to you."

This information was surely not helpful to me especially when USCIS was unable to provide me any timeframe for biometrics or any concrete answer about moving my case forward. Hence I contacted my attorney (Adam Cohen) for help and the suggestion was to place an "outside of case processing time" request for the I-140 petition. The paralegal team initiated this request on May 11, 2021 (request ID number is SR11312104829NSC) and the response from USCIS was to expect a reply from USCIS by June 2, 2021. My attorney received the following reply to the 'Outside Normal Processing Times' service request.

"The status of this service request is:
U.S. Citizenship and Immigration Services (USCIS) has received the service request you submitted using the online USCIS tools. It appears you are trying to update/correct or receive information related to the beneficiary of the petition.

The USCIS website only provides options for petitioner information.  If you want to provide updated /corrected or receive information for the beneficiary, you must contact the USCIS Contact Center at toll free number 1-800-375-5283.
We hope this information is helpful to you."

Again this information was of no benefit. We have tried to call the toll free number multiple times without any success. Since the initial receipt of our case on October 30, 2021 to present day (June 18, 2021) there has been no progress on my case and this is extremely frustrating.

Delay in processing and prolonged wait for green card has caused significant financial burden in addition to physical and mental stress. It is very difficult for me to plan a trip to India as I must constantly make plans based on getting the non-immigrant visa renewal and stamping done for me and my spouse. Long wait times and difficulty to get visa appointment times in India has created a hurdle for us to travel for the last several years. There is a constant threat of visa rejection or delay in approval decision during the stamping process which determines our ability to return to US in a timely manner and potential job loss upon failure to do so.

The constant fear of potential change in immigration laws and regulations creates increased stress to even plan our future with a family in US.  Not having a green card further adds to the inflexibility and limitations on employment opportunities, change of employers, choice of work location and a constant insecurity about job loss thereby causing drastic implications on me, my family and our future in the US.

Additionally, work location restrictions on the non-immigrant visa restricted my ability to serve as a physician in Covid19-stricken areas facing severe shortage of physicians during the Covid-19 Pandemic.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 19th day of June at St. Louis, Missouri.

Aayushman Misra

_____

Aayushman Misra

# AFFIDAVIT OF ABHISHEK NAIK

My name is ABHISHEK NAIK and I am a national of India. I currently live in Brentwood, California.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date March 1, 2014 and my I-485 receipt date is October 21, 2020. My receipt number for the I-485 application is LIN2190057267.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I have spent 13+ years in the United States as a legal immigrant contributing to taxes, SSN, medicare, community and much more. Myself, my wife and my 6 year old (US citizen) love America. There is nowhere else we would want to be. We're deeply integrated into the fabric of this lovely nation, we live in a house we purchased 7 years ago. I work at a fortune 200 company and I build and support cutting edge Cloud products for my company.

I'm a highly educated and highly skilled immigrant born in India. Since the last 13+ formative years of my life and career in the US, I have been a hard working individual dedicated to making a difference and contributing to the US economy. My American neighbors invite us to their Thanksgiving dinner and our kids go trick-or-treat together. But the stark reality I face every single day because of my wait for an immigrant visa that was filed and approved more than 7 years ago is a story that shocks the very same neighbors who we live as a family with, and shocks my managers and colleagues because our situation as legal immigrants and the wait time for a GreenCard due to our country of birth:India is beyond comprehension. None of what legal immigrants go through makes sense to them or to us.

I have been awarded certificates from Stanford University for completing Advanced Project Management and Risk Management courses with the school. I have over 16 years of high-skilled and hands-on experience in Business Intelligence products including those from integration technologies and reporting platforms, complex database systems, business engagement and people leadership roles at a global scale. I can't change companies even though I have acquired more complex skills over the period of years because I would need to refile my GreenCard application if I did so. Every single day I wake up and go to bed with the thought of not having a GreenCard and putting my family at risk of separation. The delays are preventing me from getting onto a path to citizenship that would enable me to start a business here and to bring my aging parents to live with us here in the US. My 6 year old (US citizen) craves to play with her grandparents and asks me "Daddy, why are we not able to meet granny & grandpa?".

The pandemic has taken away my wife's mother and my grandparents but we couldn't bid them our last goodbyes or attend their funeral because of Covid-19 travel bans and travel restrictions. Additionally, I cannot  go meet my parents who live in India. They are senior citizens who have no help from a care-taking perspective. We cannot go and meet them because we will not be able to fly back to the US due to our non-immigrant status and travel bans associated with the said status.

I would request and urge the Honorable USCIS and the Honorable Court to grant relief to me, my family and thousands like us who have lived in the US legally and have been doing dignified jobs and have been contributing to the US economy.

Thank you for your consideration and attention to this matter.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 18th day of June at Brentwood, California.

_____

ABHISHEK NAIK

## AFFIDAVIT OF ABRAHAM KULUNGARA

My name is Abraham Kulungara and I am a national of India. I currently live in Haymarket, Virginia.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date May 14, 2012 and my I-485 receipt date is October 29, 2020. My receipt number for the I-485 application is SRC2190081637.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

My case has been pending for over 7 months. I have contacted USCIS via EMMA and not got a status update on my biometrics appointment and EAD card.My wife and I have been in the US for a little over 20 years. We were students at universities in the US at one time and now we both work in the health care/public health sector. We are both dentists. I work in public health, focusing mainly on public health policy and research  and my wife who is on an H4-EAD works as a general dentist in a small town. The constant need to renew my H1B visa and my wife's H4-EAD has taken an emotional toll on us. The prolonged wait for a green card has also put a hold on our plans to advance our careers. My wife has a stake in a dental clinic located at a health professional shortage area. She works under the constant threat of not getting her EAD renewed on time which creates undue pressure on continuing her work at her clinic and taking care of her patients.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 24th day of June at Haymarket, Virginia.


_____

Abraham Kulungara

## AFFIDAVIT OF ADITYA VARMA

My name is Aditya Varma and I am a national of India. I currently live in Bakersfield, California.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date March 30, 2012 and my I-485 receipt date is October 28, 2020. My receipt number for the I-485 application is LIN2190119790.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I raised a Service Request to USCIS on 06/02/2020 to enquire about my I765 / I131 approvals since the USCIS processing times are way past my receipts dates (10/28/2020). Per the auto generated email,  "Expect a reply by June 24, 2021" is the response I got.My wife lost her father to cancer in May 2020. Luckily, we had travelled to India in October 2019 as a family so my father-in-law could meet our kids one last time. At that point, the doctors had given my father-in-law about a year to live. That was not meant to be. My wife again travelled in December 2019 for about 10 days so she could spend a little more time with her dad, and I kept the kids with me here in the US. Once Covid hit, my wife's plan to travel one last time in April 2020 got disrupted, and her dad finally died in May 2020. Though it was due to Covid that we could not travel, our travel plans have always been complicated. My wife changed jobs in June 2020 and now to travel to see her mother, who has been all alone since May 2020, she knows that once she leaves the US, she needs to get her H1B visa stamped and updated to re-enter the US. But due to embassy closures, she can't plan that. With a 5-year-old and a 3-year-old, and with both of us working, it's been non-stop planning and then cancellation of our plans. On one hand, the guilt of not being able to support our mother who just lost her partner of 40+ years is immense, and a sense of abandonment overwhelms us. On the other hand, we have two kids to take care of and tend to their needs. Add to that the constant discussion around what we can do and cannot with our visa, Green Card, AOS, AP paperwork, it becomes a logistical nightmare. In other words, a multi-variable equation where we are seeking to optimize all variables at the same time. It's tough!

We understand that immigrating to the US is a privilege and a dream. We 've worked hard for it. We've studied here (three MS degrees amongst us from USC and UCLA), we've worked here, we've paid our taxes on time, we are raising two beautiful daughters here who are US citizens by birth --- the elder one starts KG in August this year, we bought our first house here --- we've made our life here. We are proud that we came with a suitcase full of clothes to pursue our studies and have built our careers and home ground up and on our own. The US afforded us that

opportunity and we so appreciate it.

After having lived here since 2007, when we've seen our friends go on and become US citizens by now. It hurts at times that we are still on work visas and cannot do more freely and easily. We want to do more. My wife has always wanted to start a business and I feel she would do great. But she cannot. We cannot as we need both our current paychecks for our finances. I wish we could do more like a few our friends who went on to open their own ventures once they got their Green Cards, and eventually became citizens. We too have contributed to our society and the towns we have lived within and in. Be it just work related or be it School on Wheels to help those who need it. I've passed on multiple work opportunities so as to not to "shake the boat" with regard to my petitions. We request to get on a level playing field so we can compete and thrive in a merit-based society like the US.

Its not for the lack of trying, workwise or financially. I even spent close to $30k trying to upgrade my petition to EB1, that eventually got denied. I had the backing of my company and senior management team, professors, and peers. Though I eventually met the three points required, the application did not make it to the standards expected, as mentioned in the denial letter. I've spent additional money towards premium processing each time. By now, in the last 14 years or so, I have spent close to $45k of my own funds to make it a little easier for my family.

The fear of getting a visa rejected, the fear of upending our lives after being here almost 14 years has started to stress us out. Especially now as our parents grow old, as they our help more, are 10000 miles away – we should be able to travel easily, come back into the US easily, not fear for what might happen if our visas get rejected etc. We should not have to choose between our kids' future and our parents. If only, this could be a little easier, a little more predictable and less uncertain, it would be so keenly appreciated. We'll keep working hard and doing the best we can.

With the October filings, we have this great chance of finally realizing "our" American Dream. Please help us getting approved. I thank you for giving me the opportunity to write about this.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 14th day of June at Bakersfield, California.

_____

Aditya Varma

# AFFIDAVIT OF AIYAZ PANIWALA

My name is Aiyaz Paniwala and I am a national of India. I currently live in Irving, Texas.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date June 11, 2010 and my I-485 receipt date is October 27, 2021. My receipt number for the I-485 application is MSC2190513619.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I have mailed my application in October 2020 during the month application filing dates became current for my priority date.

I have also attended the finger printing conducted on Mar 19 2021I am an EB-2 applicant with priority date of June 11 2010 currently in USA on H1-B visa. My wife is a dependent on H4 visa. We have a child who is a US citizen. My parents (ages 71 and 68) live in India.

My circumstances may or may not be unique but the fact that these set of challenges apply to me despite being one of the talented working individuals who receive an Employment based green card, speaks volumes about the the need for being represented and participating in this litigation.

Since May 2021 we are current but have not received our green cards or any update from USCIS despite filing our application in Oct 2020 in accordance with then bulletin. We cannot plan a trip to India or any where abroad and have lost opportunity to take a vacation because of being in waiting for our green cards to be processed. Besides we have to make sure our visa stamping is renewed in order to enter back which means we cannot travel to a country unless the US embassy has an outpost and is actively accepting and processing visas. Recently due to the situation in India during COVID pandemic the US embassy had to shut down processing visas which meant we could not travel to see family and friends even in emergencies. This would not be the case if our applications were processed timely and our green cards were issued.

I have a daily commute to work/home/chores and I have to renew my driver's license every time my H1-B visa expires. Whenever my employer applies for an H1-B renewal every 3 years it takes 9 months to receive an approval unless they file for premium processing. I was lucky enough that H1 was processed under premium but this was not even an option for my wife as she had to wait more than 9 months(June 2020 to April 2021) to get her approval. During which time she could not travel and had to wait for her approval before renewing her drivers license which is based on her status as a dependent on me. We tried to open an inquiry but realized that our case status falls in the regular processing timelines even though it has impacted us. Also neither me

nor my wife have received an EAD or Advance Parole document as of June 21 2021 due to these ongoing delays which exacerbates our problems.

I am working with my current employer for more than a decade. We are moving to a different part of the city metroplex which is a long commute from my current work location. Having a green card would give me more leverage to switch companies and positions if the work commute stress is unbearable. However, due to the limbo in which I am making career changing decisions is based not on my benefit but the benefit of my immigration status.

This is becoming multi generational as it impacts my parents as well as my child. If I continue down this path eventually I may receive my green card having waited multiple months or years in uncertainty and not knowing if I can visit my parents or offer my child who is a US citizen a more stable and better environment. Resetting the numbers and not utilizing them will certainly make my life and their life harder. That could very well change if we succeed in having USCIS process my application along with others under the allotted numbers timely and judiciously.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 21st day of June at Irving, Texas.

_____

Aiyaz Paniwala

# AFFIDAVIT OF AJAY JOGLEKAR

My name is Ajay Joglekar and I am a national of India. I currently live in Sunnyvale, California.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date July 12, 2013 and my I-485 receipt date is October 29, 2020. My receipt number for the I-485 application is LIN2190159482.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

With the priority dates for Date of Filing for EB3-India moving forward past my priority date(based on my EB2 I-140) in the October 2020 USCIS bulletin I filed in consultation with my corporate immigration lawyers (BAL) for a downgrade to EB3 in October 2020 along with the Adjustment of Status and applications for EAD and AP cards for myself and my spouse.
After not hearing back for more than two months  I connected with USCIS through Emma chat online on Feb 4th 2021 regarding if USCIS had received my application. At that point I had to keep connecting back every few hours over a couple of days till I could finally reach a human who would respond to my messages. From that person I got the receipt numbers for my I-485, I-765 and I-131 for my spouse. I finally received the above receipts in my mail on Feb 11th 2021. But there was still no word on my I-140 since they do not disclose it to anyone but my legal representation (BAL).
On asking my lawyers they still did not have my I-140 receipts. I waited and connected back on March 24th 2021 with my corporate lawyers regarding the status of my I-140 receipt but still no luck. They advised me that they had heard of delays. After still not hearing back for three more weeks I finally asked BAL to follow-up with USCIS since I was worried that the I-140 had gotten lost in mail.
BAL then submitted an inquiry and they must have heard back positively since they told me that they were not submitting premium processing for its approval for which I was glad. This was around April 20th 2021. So at this point it has been almost 6 months since applying for AoS.
On May 6th 2021 my I-140 was approved in premium processing.
Since then, on June 11th 2021, I have had biometrics done for me and my wife, but still no sign of EAD or AP (at almost 8 months post applying for AoS, EAD and AP).
At this point I am giving them a few weeks before I enquire regarding my EAD/AP card status. But now it is also highly probable that my priority date for the EB3 I-485 will be current in the August 2021 USCIS bulletin.
Also the wait times being indicated on USCIS website for any of my applications range in months to years which is a cause for concern and anxiety.Recently during the Covid-19 pandemic the US govt. imposed travel restrictions which would not allow for non-citizens and non-permanent residents to enter from my home country India. A couple of my relatives lost

their lives but I could not even go and commiserate with my family in India since I would not be able to come back (since I am still on a work visa).

Since my priority date has never been close to being current over the last many years I have had to spend quite a bit of money and time travelling either to my home country or when not possible due to having no vacation time left with my employer to go to Mexico to get my visa stamped. Compare this with people from other countries who do not have to spend any money or time in getting visa stamped again and again and again since they already have a green card within a couple of years of applying.

Also note that at govt. regulatory bodies like DMV the driving license is only issued till my visa or work permit(I-797) is valid. This means that I and my spouse have to spend considerable amount of effort every few years to renew our driving licenses. Notable from above is that recently my wife's driving license was about to expire but we did not want to go since she is currently immuno-compromised and getting exposed to Covid at a place like DMV leads to a high chance of her getting infected. But we still had to do it so that she has a valid license and does not have to go through all the paperwork all over again later and so that she can drive.

My wife was working on her H4 based EAD. After she quit she did not require it but now that she is planning to join the workforce again the H4-EAD will expire and the new one is pending with no chance of getting approved any time soon. Our hope of getting my wife the AoS based EAD also seems to be slim since EAD processing is quite backlogged.All of this is very frustrating over lost job opportunities especially when my wife is willing to work and is well qualified for many jobs.

Recently we had a pretty significant reorganization in my team because of which my management chain to which I report changed significantly enough that it became challenging to continue doing my job and still like doing it. At one point then I wanted to quit but could not since doing so would mean forfeiting my AoS application if I was not able to line up another job soon enough which is always a bit of a hassle with transferring H1B over. This might be a bit eased now because of AC21 job portability rules kicking in but till then it was a significant source of frustration and deterrent.

A couple of years back I suffered from a significant family event(loss of a pregnancy) which led to significant anxiety and emotional trauma, but I could not take a significantly long break(outside of normal vacation time) from my job because this is a hassle under H1B rules. Over the last four to five years I have been approached multiple times to deploy my technical expertise in a job which would have been significantly challenging and would have put my career on a high speed growth track. But since none of these opportunities were willing to sponsor H1Bs due to being startups or small firms that could not satisfy minimum pay requirements I couldn't grow in my career and instead have to be tied to my current employer or an employer who can sponsor a visa and Green Card.

I have also had multiple times thought of starting a side business like a franchise operation for a restaurant chain or a technical consultancy to use my expertise, but as that would not be possible under my H1B visa I have not been able to open up such secondary  opportunities for myself.


I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 21st day of June at Sunnyvale, California.


_____

Ajay Joglekar

## AFFIDAVIT OF AMIT UPPAL

My name is Amit Uppal and I am a national of India. I currently live in Austin, Texas.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date March 22, 2012 and my I-485 receipt date is November 23, 2020. My receipt number for the I-485 application is SRC2190136145.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I have been constantly chatting with USCIS about my EAD (SRC-21-901-36146) status. I even tried to expedite it (on May 19th) as I need to travel to India but without even asking for documentation they rejected my expedite request. Also, my wife's mom has a surgery coming but so she also requested expedite EAD but that was rejected as well.  It is very unfortunate the way we have been treated.  I cant seem to understand why USCIS cant get nay work done. My wife lost her job at Microsoft couple of years back as USCIS could not give her H4 EAD on time. This is a shame.I came to USA in 2005 to do my Masters from Mississippi State University. I completed it with GPA of 4.0. I wanted to work for corporate for some time and then start my business. I was not aware of green card mess that exists for Indians, otherwise I would have gone back in 2010. My parents bought a home in 2016 that I have never seen personally,  My wife's only brother got married and we could not attend his marriage in Feb 2021 because we were waiting for I485 EAD. Every day is full of  stress. I am author of 3 books, over 15 years of experience and Master's degree. I did everything right but I did not get fair treatment. So, many decisions we take, so many things we do not buy in day to day life because of H1b uncertainty, stamping issues and other problems. I really hope and request that we be treated fairly this time, we have sufferred a lot.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 8th day of June at Austin, Texas.



_____

Amit Uppal

## AFFIDAVIT OF ANAHIT CHEEMA

My name is ANAHIT CHEEMA and I am . I currently live in SAINT LOUIS, Missouri.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date January 22, 2014 and my I-485 receipt date is October 29, 2020. My receipt number for the I-485 application is LIN2190140639.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

AOS filed through SISKIND SUSSER in Oct 2020; Biometrics done April 2021; No further communication received from USCIS.Financial stress due to inability to switch jobs and loss of business opportunities.
Spouse H4 filed in Aug 2020 and unable to renew driving license since October 2020 due to pending H4 approval leading to emotional stress. I am a Nephrologist working in hospitals in rural Missouri and due to Missouri DMV's inability to renew spouse's driving license due to USCIS delay in processing H4 renewal I have had to reduce patient appointments and reduce outreach clinics inorder to be able to drop off/pick up our daughter from school resulting in patient care challenges. Moreover spouse has had to rely on public transport and taxis/ride shares to meet household chores/grocery runs leading to further stress/exposure/expenditure during a pandemic.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 16th day of June at SAINT LOUIS, Missouri.

A. S. Cheema

_____

ANAHIT CHEEMA

## AFFIDAVIT OF ANAND DIGGIKAR

My name is ANAND DIGGIKAR and I am a national of India. I currently live in LEXINGTON, Kentucky.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date September 4, 2012 and my I-485 receipt date is October 26, 2020. My receipt number for the I-485 application is SRC2190044990.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

over the past several months, we have been contacting via phone, website, EMMA to know the progress and status of the application, and no notification about biometrics , medical for I 485, not any information about the I 140. This has been over 9 months since the application was submittedI have been waiting for the Advance Parole since October 2020, and meanwhile I unfortunately lost my mother first in 2020 and then my father in February of 2021, we are unable to travel and grieve with the rest of the family in this unfortunate tragic times for my family in the past year. My relatives are isolated in India and we are unable to travel and help them. I could not attend the funeral .
Having the EAD would have opened my horizons in owning my own dental practice, and have lost a golden chance to be a part of the dental management.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 21st day of June at LEXINGTON, Kentucky.

_____

ANAND DIGGIKAR

## AFFIDAVIT OF ANIL KUMAR GUPTA

My name is Anil Kumar Gupta and I am true. I currently live in Allen, Texas.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date is  and my I-485 receipt date is October 27, 2020. My receipt number for the I-485 application is SRC2190051648.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

We have contacted USCIS through EMMA to find the status of our i485 biometric and i140 but there is no clear reply. We have been waiting in queue for over 7 months now.I have not been able to travel to India to meet my widowed mother for the last 5 years. The family separation in the time of COVID and not able to see and hug her has caused mental stress.

We spend a good amount of money to apply for a US visa as and when we have to travel outside the US. My employer also spends premium processing and an H1B visa filing fee every 3 years to keep me in the status while we wait for our turn in the Indian Green card queue patiently.

My wife has started a business venture using her H4-EAD but is constantly under threat of closing it down if the EAD is not renewed within time.
We have filed our i-485 last year in the hope that we can get the green card and she can continue to increase her business presence and help contribute to US taxes legally and provide local employment.

The emotional pain of staying in the green card queue for decades cannot be explained in words. The Green card uncertainty is the first thing we think of in our every financial decision from buying Life insurance, home, and contributing to our child's 529 education plan.
Since there is no guarantee that we will get the Green card in our current lifetime, we always are in two minds with respect to spending and investing money in the US.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 3rd day of June at Allen, Texas.

_____

Anil Kumar Gupta

# AFFIDAVIT OF ANKUR SHAH

My name is Ankur Shah and I am a national of India. I currently live in Woodbridge, New Jersey.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date June 25, 2012 and my I-485 receipt date is October 23, 2020. My receipt number for the I-485 application is SRC2190038979.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Filed a service request(SR11132100294TSC/SR11132100300TSC) to know why the case is taking longer than processing time for I765 for me and my wife on May 3rd 2021 at Texas Service Center. Got a standard response that delay is due to additional checks.Me and My wife will have following impact if we face prolonged wait for green card:
1)Unable to change job unless this is part of same or similar since I can only change as a part of AC21 portability.
2)Currently the wait time to get 485 EAD is 9 months. Hence there can be job loss if USCIS is unable to approve or renew 485EAD in 12 months.
3) Family separation as my and my wife's parents cannot stay long with us for more than 6 months.
4)Bought house with total value as of 6/25 is $460,000.Currently paying high interest as we are considered temporary immigrants and not permanent.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 25th day of June at Woodbridge, New Jersey.

_____

Ankur Shah

# AFFIDAVIT OF ANSHUMAN RAWAT

My name is Anshuman Rawat and I am a national of India. I currently live in Gaithersburg, Maryland.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date January 23, 2019 and my I-485 receipt date is November 24, 2020. My receipt number for the I-485 application is MSC2190824988.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

- Jan 2021: 2 months after I sent our I485 applications (4 in all), and  I765 & I131 for self (principal applicant), I still had not received the I797C receipt notice. I called USCIS, and after almost an hour long wait for reach an agent, I was told that it is taking time to send out receipts.
- Feb 2021: Another call to USCIS. This time the agent provided me with  application receipt numbers.
- Mar 2021: Contacted an USCIS agent using Emma (USCIS chat bot). I asked the agent for an update. The agent gave me a routine answer that it was within normal processing time (which back in Mar 2021 was between 12.5 months - 50 months). When I asked if I should wait for another 46 months before USCIS would do anything, the agent closed the chat.
- Apr 2021: Contacted an USCIS agent using Emma. My entire family in India was down with COVID-19, so I was hoping to expedite my advance parole request. USCIS agent told me that without biometrics, that was not possible. I was informed that my biometrics was scheduled for 05/19/2021. Ultimately, I could not travel, as by 05/10/2021, most members of my family in India were well on their way to recovery, while my father expired on 05/05/2021. I could not travel without it. My visa stamping was needed, and visa appointment at  US embassies in India are in several months. At that point of time, 1st available appointment was in Feb 2022.
- May 2021: Contacted an USCIS agent using Emma, about 10 days after biometrics, asking for an update. They had none. "Case within normal processing time". In May, this range from 12-29 months.
- 14 June 2021: Contacted an USCIS agent using Emma looking for an update. They had none. "Case within normal processing time".
- My entire family (father - hospitalized, mother, brother) in India was hit by COVID-19 in 2nd half of April 2021. I could not travel & help them as I had not yet received advance parole document.
- On 05/05/2021, I lost my father to COVID-19. With the travel ban in effect for India, only US citizens & PRs were allowed to enter back into the US. I could not travel to say goodbye to him.
- Financial loss: I have 2 kids (on L2 visa - not US citizens) who I support, but who do not have SSNs as they are not eligible to get them. Due to this, I cannot avail the $2000/child tax credit,

and I will not be able to avail it till after they get their PR.
- Instability & uncertainty: with visa and/or EAD renewals, comes uncertainty. My family's I539 approval took 8+ months. My wife's EAD renewal took 7+ months. There is always the risk of losing your job, if one's EAD renewal does not arrive on time. Being on L1 visa, losing job means, having to leave the country. Long delays in AOS makes this uncertainty painful.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 17th day of June at Gaithersburg, Maryland.


_____

Anshuman Rawat

# AFFIDAVIT OF ARUN KUMAR MADHAVA RAO

My name is Arun Kumar Madhava Rao and I am a national of India. I currently live in Seattle, Washington.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date May 12, 2011 and my I-485 receipt date is October 28, 2020. My receipt number for the I-485 application is MSC2190306761.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I was waiting for my biometric for more than 7 months with no update from EMMA or case status page. Recently i completely my biometric on 6/17 and now I am waiting for case adjudication.My dad, brother and I are separated in three different continents and this pandemic has made the situation worse. Not being able to travel if someone in family needs any emergency help is adding a lot of fear and stress in life. I was waiting to complete my biometric and travel because my dad was depressed being alone and needed both me and my brother. I was only able to talk to him via video call and console him that this would end and we would be able to see each other soon.

I have been waiting over 10 years for this entire process.

It would be great if i could get my green card before next wave hits India and I would be able to travel.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 20th day of June at Seattle, Washington.

_____

Arun Kumar Madhava Rao

# AFFIDAVIT OF ASIF SHAH

My name is Asif Shah and I am a national of India. I currently live in Rome, Georgia.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date November 28, 2012 and my I-485 receipt date is October 29, 2020. My receipt number for the I-485 application is SRC2190092641.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I submitted any enquiry dated 5/28/2021 with a response on june 9, 2021. No resolution

Again called on june 18 2021, with no resolution. Have not yet been scheduled for a fingerprint appointment for my I131,1765 or i485.Unable to establish my own practice.
My father passed away in December 2020, I was unable to travel for his last rites, my mother is by herself in India. This has caused a significant emotional burden and stress.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 22nd day of June at Rome, Georgia.

_____

Asif Shah

## AFFIDAVIT OF AVINASH DASARI

My name is Avinash Dasari and I am a national of India. I currently live in Edison, New Jersey.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date November 19, 2013 and my I-485 receipt date is October 28, 2020. My receipt number for the I-485 application is SRC2190065814.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

USCIS has approved my i765/i131 on 04/29/2021and my biometrics for i485 was completed on 06/14/2021. My wife's i765/i131 are still pending and all our efforts to expedite the processing was not succesful.I was in USA from August 2007 and being an Indian receiving a green card is the most toughest thing and we got this one in a a life time opportunity to apply for I485 and we don't want to miss this. Waiting 8 years to apply for I485 after my PERM process has started has taken an emotional toll on my family. Traveling on VISA has been very difficult during COVID crisis. Permanent Residency gives us more opportunities to setup business and provide employment to others as well.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 22nd day of June at Edison, New Jersey.

_____

Avinash Dasari

# AFFIDAVIT OF BHAVIK AHIR

My name is Bhavik Ahir and I am true. I currently live in Chelmsford, Massachusetts.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date is  and my I-485 receipt date is October 28, 2020. My receipt number for the I-485 application is SRC2190071957.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I have reached out to USCIS live chat with Agent using EMMA many times to find out the Biometric schedule for my file, as its been due for more than six months and i haven't received the Biometric appointment yet which may delay the AOS process.Family Side:
Its been really painful journey for me and my family as we are waiting the GC for last 10 years, Me and My wife are not visited our parents in India for more than 11 years,  because of the fear of Visa rejection or Visa admin processing which may end up in my job loss and end having financial hardship.
My Daughter is 10 years old and she born as a US citizen and she has not seen her grandparents yet and vice versa, many times we feel totally helpless and only light we see that if this Green card process comes through then we can able to visit our parents freely and spend some quality times with them without having fear of visa renewal.  for the same reason me and my wife were not able to attend the weddings of our siblings which was big event for our family.  Many times I saw my wife crying because of she is not able to make the family event in India, was really big emotional trauma for us .

Business Side:

There were many innovative ideas came to my mind and I was lean to invest on my idea and open the startup business, but we were not able to utilized the opportunity to invest my time and money on the startup business because of the not having Green card on the hand. My hope is still alive, and I will venture out sometime in future after I relieved from Visa dependency.

Lifestyle:
Many times we were compromised on our lifestyle as we were not sure about our future thus we try to minimize our investment  to buy our dream house, dream car, dream vacation because of uncertainty.
we compromised many times and go with budgeted options.  E.g in 2013, when I was in the market to purchase my first home I was not ready to spend more than $250,000 and I ended up to buy townhouse condo as its easy to rent if in future I need to relocate anywhere due to job or visa

but I had a green card I could have looked for single family house, same thing for cars too, we also like to drive luxury and expensive cars like Tesla , Audi , BMW etc , but for the same reason we try to avoid big liabilities if anything goes wrong on the visa side, same thing on the travel side  as we would like to go on cruise but due to Visa dependency we are avoiding that.

Job:
Many times I've came across better opportunities where I can earn and learn more but due to the visa dependency, I let them go and lost those opportunities.

I've spent good amount of money on the immigration side most of the time I went with premium processing to get extension of H1b to avoid mental trauma for long waiting for outcome. And Premium processing fees is not sponsored by my company as its optional for them thus I decided to bear by myself.

Hope to see the daylight soon in the future and stop paying unnecessary tolls on emotional, economical and career side and I wish that no one else need to bear the same pain.


I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 3rd day of June at Chelmsford, Massachusetts.




_____

Bhavik Ahir

## AFFIDAVIT OF DASARATHA RAMAN CHANDRAMOULI

My name is Dasaratha Raman Chandramouli and I am a national of India. I currently live in Redmond, Washington.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date September 13, 2012 and my I-485 receipt date is February 6, 2021. My receipt number for the I-485 application is LIN2190189602.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

We have been predominantly chatting with "Emma Chat" to get updates on our AOS case. We have pretty much been doing this once every week ever since the AOS applications were mailed (Oct 30, 2020) to USCIS.

In the fist week of February, we finally got our receipt numbers for the AOS applications and it raised our hopes. With a receipt number in hand, we were certain that the process will take its due course and there will be movement in our case.

Our priority dates are current as of July 2021. In spite of that, there has been no movement in our AOS cases. On chatting with "Emma" a few more times, we were told that the case is waiting on Biometrics to be scheduled in the local field office (Seattle; in our case) and we will need to wait for correspondence from them moving forward.

On the biometrics front, we are ready to drive to Spokane/Portland if our local Field office can set up an appointment there. We have not had any update from our local FO on when and where it will be scheduled. With time running out, we think there will not be any progress in this case until the end FY21.

We have also proactively taken a full medical checkup and have it ready. In case, USICS issues an RFE for medicals. we can submit them immediately. In general. we are doing everything we can to ensure our file is documentarily complete. We would like to request USCIS to ensure all our cases are processed.

We have been waiting for this for close to a decade and have deep roots here in the US including family/friends and a US-born kid. All we ask for is USCIS to process our cases and take it forward.* My spouse has elderly parents in India. They contracted Covid 19 and had to go through hospitalization for a few weeks. While they are recovering now, we are concerned that we wont be able to travel to India in-case we need to care for them.

\* I have a elderly father in India who underwent a bypass surgery. He has been keeping good health so far but there is a concern of covid spread having a harmful effect on him.

With an India travel ban and with a 5yr old US-born child, travelling to India to take care of our elderly parents and coming back to the US is now a near-impossibility without a Green card.

Our 5yo child has been rated an advanced reader by his school. He is rated "34" that puts him in the class of a 4-th grader! In spite of his advanced capabilities, we, as parents, are unable to give him a stable environment as we are always cognizant of the fact that our non-immigrant visas may fall though and we will have to go back to India in the next few days. Our kid, being born here, is completely in  awe of USA and all its history. It will tear us on the inside if we ever have to take him out of this country since we, the parents, cannot stay here anymore.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 7th day of July at Redmond, Washington.

_____

Dasaratha Raman Chandramouli

## AFFIDAVIT OF HARISH KRISHNA RAMASWAMY

My name is HARISH KRISHNA RAMASWAMY and I am a national of India. I currently live in HUNTERSVILLE, North Carolina.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date August 31, 2011 and my I-485 receipt date is October 27, 2020. My receipt number for the I-485 application is SRC2190056849.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

on 5/4/2021 contacted USCIS about delay in getting biometric appointment via the inquiry form. I have been waiting in queue for my green card since August 2011.I have been waiting in the green card queue since August 2011 (almost 10 years). Since there I had to pass on several high profile job opportunities due to not having my green card. This caused a lot of mental stress. Additionally, the risk of job loss and its implications (leaving the country, selling our home, etc.) has caused undue emotional burden on me and my family.
The emotional stress and pain of staying in the green card queue for almost a decade cannot be expressed in words. My grandfather is 95 years old in India and in ailing health. If he were to pass away, I might not be able to travel to India for his final rites and return back to the US given I don't have my green card.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 30th day of June at HUNTERSVILLE, North Carolina.


_____

HARISH KRISHNA RAMASWAMY

## AFFIDAVIT OF HARISH VEERAMACHANENI

My name is Harish Veeramachaneni and I am a national of India. I currently live in Waynesboro, Tennessee.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date October 13, 2010 and my I-485 receipt date is October 21, 2020. My receipt number for the I-485 application is MSC2190329263.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

My name is Harish Veeramachaneni and I am a national of India. I am currently living in Waynesboro, Tennessee.
I am beneficiary of improved I 140 and I have filed for I-485 adjustment of status application.
My priority days is October 13, 2010 and my my I-485 receipt date is October 21, 2020.
USCIS took several months to even send receipt for I-485 adjustment of status application after waiting 10 years for the date to be current. I contacted USCIS multiple times to check for progress.  I was redirected to check on the website.  There is no change in the status on the website.  I released her to UCSIS again last month as the I-131 processing time has exceeded 6 months.  I was notified that we will get a response within 30 days. I still did not receive any update from USCIS.The pending application is causing a lot of anxiety especially with regards to job and travel. My wife is a dependent on me. We have 2 children and thought of loosing job and being out of status is causing a lot of stress.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 23rd day of June at Waynesboro, Tennessee.

_____

Harish Veeramachaneni

## AFFIDAVIT OF HEMANTHA KUMAR CHINNADURAI

My name is Hemantha Kumar Chinnadurai and I am a national of India. I currently live in Woburn,MA, Massachusetts.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date July 26, 2011 and my I-485 receipt date is October 29, 2020. My receipt number for the I-485 application is SRC2190103840.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Online service request for Biometrics on 09April 2021. USCIS replied on May 01 that the biometrics wait is within processing times.
Emma chat for Biometrics request June 1 week. Asked to wait for USCIS letter.
18 years in USA now. Took me 7 years to have a employer sponsor green card in 2011. Awaiting for another 10 years now. Date is current in VB and documents ready. Now 8 month delay for even Biometrics which is initial step of the process. Further delay causes a severe painful strain financially, healthwise, emotionally. Financially because a weak economy can cause potential layoffs anytime and after being in wait for so long, may have to exit the country without a green card.
Lost numerous opportunities for job promotion/growth due to still being in H visa where a GC can be helpful. Healthwise because cannot travel to visit family when they are sick or need help (H4 was still in process and I-131 not received).

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 7th day of June at Woburn,MA, Massachusetts.


_____

Hemantha Kumar Chinnadurai

## AFFIDAVIT OF JAYESH SHARMA

My name is JAYESH SHARMA and I am a national of India. I currently live in San Diego, California.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date February 28, 2012 and my I-485 receipt date is February 23, 2021. My receipt number for the I-485 application is LIN2190218345.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

To alleviate further delays, I filed I-140 premium processing as my priority date is due to be current in July 2021 visa bulletin. I contacted USCIS live agent using EMMA web service, four times for status on bio-metrics and processing update for my I-485 and I-765 but always received update that there was no progress on the file.

I have lost opportunities to apply for positions at my work or other places where government security clearance is required because of my visa status. I am not able to move to or apply for jobs with higher leadership/ management (non-technical) roles even after 17 years of work experience because it will differ from original job description in original PERM filing. I had to pass on entrepreneurial opportunities during golden era of mobile applications due to my inability to form an LLC or do any business and put an early termination to my American dreams.

I had to file my PERM three times due to relocation and there is always uncertainty if the PERM will get approved. I had to do extensive international travel for my work for a period of three years and every time I had to undergo scrutiny at port of entry as I was ineligible to apply for Global Entry. I had to appear for H1B visa interviews five times and every time I had to prepare massive paperwork and undergo a thorough scrutiny and it weighed on me emotionally whether visa officer may find a way to deny my visa. Not to mention in year 2011 where US consulate referred my case under 221-G, during H1B visa interview for additional processing which took over 2 months and it was really stressful period where I wasn't sure if I will be able to keep my job. During last 13 years, I have survived two massive layoffs at my work, and it caused huge emotional stress for me and my family, where we were uncertain if we will be able to maintain our legal status in the country.

My spouse is a dentist, who graduated from Boston University in 2013. She wanted to pursue residency program for specializations, but many universities only accept permanent residents or US citizens. The programs where there are less than 150 seats across entire USA, international

students are not eligible to apply at more than 50% places. Not to mention obscene difference in tuition structure for international students ($160,000/year ) and permanent residents ($30,000/year) at many medical schools. All these factors hindered her career progress. We have held back, making major life changing decisions (buying house / investments) due to our visa status for the longest time.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 8th day of June at San Diego, California.

_____

JAYESH SHARMA

## AFFIDAVIT OF JEEVAN GAMBHIR

My name is Jeevan Gambhir and I am a national of India. I currently live in Nashville, Tennessee.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date June 21, 2013 and my I-485 receipt date is October 16, 2020. My receipt number for the I-485 application is LIN2190050230.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Spoke to USCIS using live chat in Nov 2020 to get status updates for the case.The prolonged delay in the processing has caused numerous hardship.

Family separation- we have not been able to meet my parent in 10 years due to various delays in visa process. If the day continues, visiting them becomes increasingly challenging

Loss of employment - My spouse was furloughed due to her H4 EAD expiring and causing emotional and financial troubles. Delaying the adjustment petition will cause the same trauma and troubles when the visa expires again. This has also severely limited our ability to switch employers.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 21st day of June at Nashville, Tennessee.


_____

Jeevan Gambhir

# AFFIDAVIT OF JIAYU YU

My name is JIAYU YU and I am a national of China. I currently live in Lincroft, New Jersey.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date June 12, 2017 and my I-485 receipt date is December 31, 2020. My receipt number for the I-485 application is SRC2190169285.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Sent a service request on Jun 1st for form 131, no update yet.
1. I haven't seen my parents for almost two years and my husband hasn't seen his parents and grandma for over four years. We are only child family, they really miss us.
2. As a woman in engineering field and the only person in family who has a H1B Visa, though me and my husband have been married for 6 years and be together for 10 years, I can't risk the status to have a baby. We tried once before but the stress of losing status plus worrying my job and performance result in my miscarriage in 2018. I haven't stopped working since graduated college and really don't want to under both stress coming from worrying about my status, working under the stress and try to have a baby.
3. We have already purchased a house here, If anything happens, I really don't know how to handle all my possessions with all furniture and everything we built. We may have to sell all of them cheap and lost more then $100,000.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 17th day of June at Lincroft, New Jersey.


_____

JIAYU YU

# AFFIDAVIT OF JING HUANG

My name is Jing Huang and I am a national of China. I currently live in Albany, California.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date December 20, 2017 and my I-485 receipt date is October 28, 2020. My receipt number for the I-485 application is LIN2190107215.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Since my company's attorney submitted my I-140, I-485, I-131 and I-765 applications on my behalf concurrently in October 2020 through EB-3 downgrade, I have tried various means to get my cases moving.

Because my current work authorization, which is L1B temporary visa is expiring and will max out at its 5-year limit in July 2021, my first priority was to obtain my I-485 EAD. I contacted USCIS online service Emma on February 22, 2021 (ref. number T1B0502101984NSC) to expedite my EAD application and got denied,  submitted an inquiry on March 15, 2021 (ref. number T1B0742106687NSC), and raised a service request on April 7, 2021 (ref. number SR10972106193NSC). I also called USCIS service center by phone on May 27, 2021 to raise an expedite request again (ref. number T1B1472102416NSC).

Separately, I reached out to my district's Congresswoman Lee (California-13) office, who helped me submit two inquiries in April and May 2021 with USCIS Nebraska Service Center for my I-485 EAD case as well. Finally, my EAD got approve on May 28, 2021.

As for the I-140 and I-485, during my conversations with Emma on previous mentioned dates, it was said not to have any movement at all. My I-140 EB-3 downgrade application is still pending. And my I-485 is also pending with Nebraska Service Center, although my biometrics have been collected on May 6, 2021 at Application Service Center in Oakland, California.Currently I'm working on L1-B temporary visa status. And my L1-B will max out to its 5-year limit on July 22, 2021. I have been entered into H1-B lotteries since 2018. Yet I have never been selected in all these 4 years' lotteries.

So starting January 2021, my company has been working on contingency plans for me, assuming my L1-B expires and my I-485 EAD not approved in time. That backup plans include relocating me out of U.S.; or putting me on unpaid leave until my EAD is approved.

Now my I-485 EAD is approved, that pain is temporarily relieved. However, my combo card is

only valid for 1 year, and will be expiring in May 2022 again. It basically means I'll need to go through the whole "contingency planning" all over again with my company, if my AOS application goes on pending for another year. I have a family of 2 young children (aged 5 and 2 respectively). And my wife currently is not working. As you can imagine, this "instability" of our immigration status causes huge emotional pain and unsecure feelings for me and my wife. We are concerned about kid's schools, should we relocate; or paying the house rents, should I be put on unpaid leave etc.. Also, it worries my employer as to my ability to continue working legally out of its California office. So it definitely affects my employer, especially in planning my work capacities as well.

Therefore, I urgently require USCIS to adjudicate my AOS application in a timely manner and within a reasonable timeframe. And, please do not waste those precious green card numbers allocated to employment-based categories every year, considering such a long waiting queue in the EB-2/3 AOS.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 16th day of June at Albany, California.


_____

Jing Huang

## AFFIDAVIT OF KALYANI VEJELLA

My name is Kalyani Vejella and I am a national of India. I currently live in Stonewall, Louisiana.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date November 12, 2012 and my I-485 receipt date is October 29, 2020. My receipt number for the I-485 application is SRC2190073460.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I have been waiting since Jan of 2013 for my priority data to be current so that I can get my green card. During the course of these years , I continue to be limited with job opportunities, away from family and not able to visit them due to changes and unknows of the effect in visa laws and this put in under lot of emotional stress.

Finally, My priority date gets current and if USCIS fails to adjudicate my case before Sep 2021, I will be loosing my Green card and all my dreams which I aspired to achieve all these years.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 18th day of June at Stonewall, Louisiana.

_____

Kalyani Vejella

# AFFIDAVIT OF KANTHI CHARAN NARRA

My name is Kanthi Charan Narra and I am a national of India. I currently live in Brentwood, TN, Tennessee.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date October 13, 2010 and my I-485 receipt date is October 21, 2020. My receipt number for the I-485 application is MSC2190537967.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Have reached out to EMMA, and have not received any update yet. Have also created a ticket for the AP, since that is out of the processing window in early May, but have not received an update until this point.Legal Immigration is along route in the US, particularly for Indians and Chinese, but this delay seems to be arbitrary and extraordinary, i sometimes feel invisible to the system. Every trip to India means planning for an extra week due to stamping and the formalities involved of getting a visa appointment, and then getting the visa and then making it back through DHS, this leads to anguish for us every time, i carry all my educational qualifications/degree certificates in my visa bag, and when it seems we are finally getting this resolved, it is disheartening to see that USCIS will waste the numbers without regard to the hardship this means for us, a decade of waiting in the line, with lost employment/business opportunities is hard. We lost many opportunities due to our visa status and would like to pursue some semblance of normalcy. I feel like a precarious temporary worker/with my future hanging by a thread at the discretion of a bureaucrat, and feel this anxiety every day, with the what if's? hanging on me on a daily basis. The disappoint in the delay in processing the AoS by uscis cant be described in words, it is leading to a general disappointment in the legal system, where i feel like i am a low priority pawn with out political clout. I am hoping that the court is the only avenue left that will forces USCIS/DHS to correct this and provide relief/deliverance to us.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 22nd day of June at Brentwood, TN, Tennessee.

_____

Kanthi Charan Narra

# AFFIDAVIT OF KARTHIKEYAN MANAMCHERI SUKUMAR

My name is Karthikeyan Manamcheri Sukumar and I am a national of India. I currently live in Austin, TX, Texas.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date June 17, 2012 and my I-485 receipt date is October 26, 2020. My receipt number for the I-485 application is SRC2190044225.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Upgraded I-140 to premium processing 06/14/2021.

On 05/26/2021, I called USCIS and they said that on 04/30/2021 they sent a request to ASC to schedule biometrics. The ASC has not scheduled biometrics for the past ~2 months.I completed my Masters at University of Illinois, Urbana-Champaign (a public ivy league school) and have been working full-time in the US since 2011. Since then, I have bought a house in Austin, got married (and my wife moved to the US with me), and established a community and friends in Austin for the last 10 years.

A prolonged wait for my green card would mean that I eventually have to quit my job and fully uproot my life here (selling my house, car, etc.). In addition to this, my wife would have to stop her career as well. This causes emotional turmoil of uncertainty with career progression.

Other impacts:
* Unable to take promotions at job due to H1B status
* Unable to start a small business and invest in the community by creating additional jobs. I would like to advice and invest in technology startups in the Austin area. However, the terms of my H1B prohibit me from being an active advisor for technology startups.
* Most of our investments are in American retirement accounts such as 401(k) and IRA. With delaying green cards, we might be forced to pay penalties if we withdraw from these accounts (and this hurts our retirement)

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 16th day of June at Austin, TX, Texas.

_____

Karthikeyan Manamcheri Sukumar

## AFFIDAVIT OF KARTHIK SUNDARESAN

My name is Karthik Sundaresan and I am a national of India. I currently live in Garnet Valley, Pennsylvania.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date February 12, 2013 and my I-485 receipt date is November 12, 2020. My receipt number for the I-485 application is SRC2190130540.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I have tried calling and chatting via the online help to get additional details regarding my case status. My lawyers have tried to file premium processing requests multiple times (4 as per the last count) and each time the request was sent back with no reason specified.

My case has now been pending for almost 7 months with no additional information provided regarding next steps.I have extended family that currently live in India. Moreover my in-laws live in Canada whom my wife and I haven't been able to visit in over two years due to visa stamping and consulate closures due to covid. Neither have they been able to travel to the US to visit us.

I have passed over promotions and job advancements  for fear of material changes in my approved perm application. I did not want to keep reapplying nor want my current application to get delayed due to job changes. I have suffered both professionally and financially due to long delays in the green card process. I fear the slow processing could further extend the wait and cause additional harm.

With delays and backlogs across all visa categories and EAD classes, my wife's H4EAD renewal has already taken an inordinate amount of time to process. I don't believe her company will be patient the next time the USCIS takes over 12 months to approve her EAD application. We fear this may result in job loss and extreme financial hardships.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 6th day of June at Garnet Valley, Pennsylvania.

_____

Karthik Sundaresan

## AFFIDAVIT OF KAVITHA BHASKARAN

My name is Kavitha Bhaskaran and I am a national of India. I currently live in Pleasanton, California.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date August 3, 2012 and my I-485 receipt date is October 30, 2020. My receipt number for the I-485 application is LIN2190140225.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Spouse had to go on a temporary unpaid leave from his job since there is a significant delay with his H4 EAD processing.

On Apr 17th, we tried to raise an inquiry for 'case outside of processing time' for his i485 EAD. USCIS responded on Apr 30th that the case was within their normal processing limit and the card should be sent by mail in 60 days. However, it's been 60 days and still no response from them yet.

Additionally, we have upgraded the i140 downgrade to PP, since the PD becomes current in July. However, we haven't heard from USCIS if we they have accepted our PP request.We do not know how long my spouse's employer will be willing to keep him in unpaid leave of absence. We are worried that he might lose his job if USCIS doesn't approve his EAD or GC soon.

We are also expecting an addition in our family in November. Two things that I need at this time is mental peace and paycheck to keep our lives moving. I don't have either thanks to the significant processing delay. I am having sudden panic attacks and have been diagnosed with depression. I am trying my best to take one day at a time with therapy. However, as a single working spouse and a pregnant mother, this struggle is really hard.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 29th day of June at Pleasanton, California.

Kavitha Bhaskaran

## AFFIDAVIT OF KIRAN KUMAR REDDY ENDREDDY

My name is Kiran Kumar Reddy Endreddy and I am a national of India. I currently live in Mason, Ohio.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date December 10, 2014 and my I-485 receipt date is October 29, 2020. My receipt number for the I-485 application is MSC2190379652.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Raised service requests for Advance Parole  as of May 12, 2021 as the processing time is outside of the estimated processing chart from USCIS, no response from the service request yet . Requested expedited process for EAD which got approved on June 24 2021. Did not reach out to USCIS for I-485 as my priority date is not current yet to be approved for Green card.Been waiting for green card since a decade and not able to work in the field I am more interested due to the limitations of the work visa I am currently on. Job mobility is restricted due to the need for visa sponsorship with current work visa, which resulted in selling the home and moving to a different state with spouse and small kids . Career growth has been restricted due to the limitations of work visa, which resulted in a lot of stress and depression.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 25th day of June at Mason, Ohio.

_____

Kiran Kumar Reddy Endreddy

## AFFIDAVIT OF KIRAN SASIDHARAN PILLAI

My name is KIRAN SASIDHARAN PILLAI and I am a national of India. I currently live in Fremont, California.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date October 27, 2010 and my I-485 receipt date is October 23, 2020. My receipt number for the I-485 application is MSC2190358739.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Due to very bad Covid situation in India, we would like travel and take care of some urgent needs for our parents.
My dad is 77 years old and my mom is 68 years old. As our application is still in pending state, we cannot travel easily without affecting our jobs, immigration status, and visa re-stamping of H1B. As many consulates are closed, we won't be able to stamp our visas, even if we travel.
I have checked with USCIS live agent multiple times for expediting my Green card processing. There is no expedite criteria to take care of my situation.I and my wife are currently in H1B.  We have been living in US since January 2007.
We both did our Master's in US universities.
We have two kids (14 & 8 years), both born in US.
My green card priority date is 10/27/2010 (EB2 India) and it is current now.
As this year passes, and if our green cards are not approved, we are worried that we will be again stuck in H1B. This affects our career, work promotions, flexibility and our family life (kids are US citizens).
This also affects our mental health and ability to give a better life for our kids, who are US citizens.
We continue to suffer from financial losses and lack of flexibilities, especially buying/changing homes, change of jobs,  getting promotion, and changing roles etc.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 21st day of June at Fremont, California.

KIRAN SASIDHARAN PILLAI

## AFFIDAVIT OF LAKSHMI ISUKAPALLY

My name is lakshmi isukapally and I am a national of India. I currently live in phoenix, Arizona.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date July 1, 2014 and my I-485 receipt date is October 29, 2020. My receipt number for the I-485 application is LIN2190156290.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I have Raised a SR11662107675NSC to see if i can get my EAD or approval for  i-140 Applied on 10/28/2020We came to US in 2011 ,with 7.5 year old and 1.5 year old. It's been 10 years and we are still in Employment based Green Card backlog.
Family Separation :My son now going to be a senior class of 2022. He wants to go to ASU for his Undergrad. But 2 years into his Undergrad course, he turns 21 and will lose his legal H4 status.  He needs to deport himself after that.  He studied from Grade 2 in US, and we have our own home in Phoenix and staying in US for more than a decade , still will not be considered even for Instate also. He will be considered as International Student.
If Visa numbers are wasted this will make us wait more (not sure if it's another decade or multiple decades) . My family will be separated.
Cannot travel:My parents are back in India. I applied for AOS in Oct2020. I was not able to travel when they are sick to take care of them as I don't have AP/EAD and my greencard application is still pending.
Lost Job Opportunities : I had plan to start a startup with couple of friends. But due to My visa status I cannot join as co-founder. I also got good opportunities (Google, Aws etc) but cannot consider any of them as my I-140  & i-485 & I-765 is pending ,and cannot move.

This prolonged wait is causing depression and anxiety and we feel so helpless.Wastage of numbers impact families like us Adversely

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 29th day of June at phoenix, Arizona.

_____

lakshmi isukapally

# AFFIDAVIT OF MAHESH MANJUNATH NAYAK

My name is Mahesh Manjunath Nayak and I am a national of India. I currently live in Milpitas, California.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date March 4, 2014 and my I-485 receipt date is October 30, 2020. My receipt number for the I-485 application is LIN2190192168.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I have been in regular contact with USCIS through interactive chat (Emma) to ask about the status of my biometrics and I485 application. The only response I get is that the field office would be arranging the biometrics appointment. But so far I have not yet received any biometrics appointment and neither is the I140 approval moving through.

I have been unsuccessful in knowing the status of I140 application since the petetion belongs to the employer.Several recruiters have been trying to reach me on LinkedIn for hiring prospects. However, since my I140 and I485 application is in progress, I could not partake in any of these opportunities. It's a great time to be in a exciting 5G startup and move my career forward. However, the very thought of restarting some aspect of immigration process is appaling and stops me from making a move.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 21st day of June at Milpitas, California.

_____

Mahesh Manjunath Nayak

# AFFIDAVIT OF MAJID ABDUL

My name is MAJID ABDUL and I am a national of India. I currently live in Bellevue, Washington.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date December 1, 2014 and my I-485 receipt date is October 27, 2020. My receipt number for the I-485 application is MSC2190376910.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Loosing the opportunity to get permanent residence would mean prolonging the agony of not being able to meet my family back home in India. Come Nov, it would be 8 years since I last met my family in India.
Also, having studied and worked in the US for almost 15 years, I have achieved expertise in my field which I want to leverage towards founding a startup and creating jobs here in Washington state.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 24th day of June at Bellevue, Washington.

_____

MAJID ABDUL

## AFFIDAVIT OF MANASI GHATPANDE

My name is Manasi Ghatpande and I am a national of India. I currently live in Durant, Oklahoma.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date June 19, 2013 and my I-485 receipt date is October 30, 2020. My receipt number for the I-485 application is SRC2190110922.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Follow up with our immigration attorney to inquire about our application and the delays surrounding it.Family separation due to not able to travel outside US due to Visa restrictions, recurring visa fees and immigration process expenditure, Drivers license restriction which needs to be renewed per the current approved visa,  emotional instability due to immigration status uncertainty, lost business opportunities due to visa restrictions, very few job opportunities due to non visa sponsoring employers.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 18th day of June at Durant, Oklahoma.


_____

Manasi Ghatpande

## AFFIDAVIT OF MANISH GARG

My name is Manish Garg and I am a national of India. I currently live in Columbus, Ohio.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date October 7, 2010 and my I-485 receipt date is October 23, 2020. My receipt number for the I-485 application is MSC2190306230.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I have been in the immigrant visa line for more than a decade and it has caused a great deal of stress and frustration for my family and I. After waiting for more than 10 years when my priority date became current, I was made aware that the processing times to get the Green Card is somewhere between 1 to more than 2 years and in some states up to 5 years. This is so disappointing and frustrating. In the hopes that I would get my green card soon after my priority date became current and my ordeal would be over, I would check my case status at USCIS website on daily basis. The current status shows that the biometrics have been applied to the application but nothing more. I asked "Emma" about the processing timelines for which I was redirected to another page that shows the processing time of 13 months to 27 months for Columbus, OH field office. I do this process multiple times on daily basis despite know that the status probably changes once a day on the USCIS' website. It must tell you the state of mind I am in. I have been in the line for getting an EB based Green Card for over a decade now. I, along with my family, have faced many hardships during this time. I have been restricted to the job that was mentioned on my H-1B visa and I couldn't do anything else which stemmed my overall growth as a professional. As a result, I have been denied promotions and I couldn't even change jobs for that reason. It seems like I had signed up for indentured servitude when I decided to come to the U.S. on H-1B visa. I have seen many people with lesser qualifications and lesser experience surpassing me causes a lot of frustration and great deal of stress.  I, many times, feel like a victim where people use my visa situation to their advantage. Further, my wife who has her Master's degree in Finance could not work for a very long time and her prime career age had gone to waste. Now, at the age of 46, she would have to start her career from scratch which is preposterous idea. My son was just 1 year old when we moved here and is now 16. He wants to work but can't due to his visa limitations. The work experience, which is often seen favorably for college application, has been denied to him. The fact that he is 16 and has few years before he ages out for his GC application is also a cause of tremendous stress for the entire family. On top of career and personal issues my backlogged situation has financial aspect to it as well. The constant visa renewals with application and attorneys' fees incurred by my employer and travel expenses incurred by me to get my visa stamped in the last ten years adds up to a significant number. Just highlighting some of the factors

impacting us on daily basis but keep in mind the aforementioned is just a sliver and there are much more people like me go through everyday.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 21st day of June at Columbus, Ohio.

_____

Manish Garg

## AFFIDAVIT OF MOHAMMADERSHAD SHAIK

My name is MOHAMMADERSHAD SHAIK and I am true. I currently live in AUSTIN, Texas.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date is  and my I-485 receipt date is October 28, 2020. My receipt number for the I-485 application is SRC2190072547.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

On 5/28/2021, I have communicated with USICS  Contact Center, representative Lydia (Agent ID number G00 92 76) requesting faster processing of adjustment of i485 and associated biometric. I was told that i am in line for a biometric appointment but there is no longer a time frame on appointments as offices are experiencing delays. My request to expedite biometric was not taken as i don't qualify as i don't fit into any of the qualified situation to expedite.

On 04/16/2021, a service request (T1S1062105086TSC) was made to USICS to expedite underlying i765 (SRC-21-900-72549) related to Adjustment of status. Response from USICS is " We have received your service request and researched the status of your case. We have had to perform additional review, and this has caused a delay in processing time. Your case is currently in line for processing and adjudication. Cases are processed in the order in which they were received. We hope this information is helpful to you." However, I haven't even received Biometrics appointment since October28th,2020 until now.

On  04/08/2021, a service request (SR10982104310TSC) was made to USICS to expedite underlying i765/I131 (SRC-21-900-72549) related to Adjustment of status. Response from USICS is "The processing of your I-131/I-765 is within our current processing time".I have been empoyed in US for over 10 years with my employer and I have waited for over 6 years to file adjustment of status starting from my employement based petition priority date due to unavaialbility of visa numbers. Of all these years, I suffered sticking to the same job role as a product engineer and I was unable to switch jobs in other advanced fields of my passion as it will trigger more delays to my overall permanent residency process. With prolonged delays of adjustment petition and unavaialbility of visa numbers I will suffer more years of emotional pain that I am unable to pursue my career aspirations and growth.

My family has experienced loss in potential secondary income source over the last 1year due to my spouse (SAMEENA MOHAMMAD) inability to work in US because of lack of continued work authorization. My wife has a university bachelor degree but unable to work during these prolonged delay in my and my derivative (sameena mohammad) application to adjustment of

status which may add several years of loss in secondary income source if the delay continues.

Over these prolonged wait, me and my family suffered emotionally while travelling to home country to spend time with extended family members like mother and father. We have suffered paying VISA renewal fee, additional travelling cost to consulate and several wasted vacation days in this process.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 1st day of June at AUSTIN, Texas.

_____

MOHAMMADERSHAD SHAIK

# AFFIDAVIT OF MOINUDDIN AHMAD

My name is Moinuddin Ahmad and I am a national of India. I currently live in San Francisco, California.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date August 7, 2012 and my I-485 receipt date is October 30, 2021. My receipt number for the I-485 application is LIN2190175396.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I've asked USCIS few times a month since filing the AOS on the update for EAD and AP and have not received any meaningful update - they basically say that it is still being processed. I raised an SR when the processing time was past the usual processing time and got no reply. I tried expediting the EAD, but that was also denied. So I'm at lost about what's going on with the EAD and AOS.I've waited for a better part of 10 year to be able to get adjudicated. It is mind blowing to me that my friends have started and sold companies by this time and become citizens and we're still waiting to be able participate economically here in the US. This is supposed to be America the land of equality of opportunity - this is glaring evidence that something is clearly wrong - and the brunt of this is taken by Indian citizens because of EB backlogs - where in some cases the backlog is decades. This is servitude of some of the cream of the people from another country.
It is not possible to travel back to India to visit family because of pending AP and the risk of getting visa delayed or denied - I was lucky to be able to go once in the past 10 years because of career and other risk and because some time or another I had either a visa renewal pending and one may not be able to file the I485 if the date becomes current and one cannot get back in time. This is exactly the issue with work promotions, and work changes, not being able to start companies. One is always suck in some form of persistent renewals and risk of losing green card position due to sudden movements in priority dates.
This time, one was able to file the I485 in October due to the spillover but looks like the USCIS is on it's way to not be able to use the spillover this year and many people will remain stuck in the line for the next decade because this opportunity will not come again.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 28th day of June at San Francisco, California.

_____
Moinuddin Ahmad

## AFFIDAVIT OF NAREN UPPULURI

My name is Naren Uppuluri and I am a national of India. I currently live in Huntersville, North Carolina.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date April 20, 2012 and my I-485 receipt date is October 28, 2020. My receipt number for the I-485 application is SRC2190063688.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

We have contacted USCIS customer service multiple times in May and June 2021 to check the status other applications I-765 and I-131as we have filed them along with I-485. But no update on it.I am having Emotional Pain, Lost business opportunities, Not able to Take new better job opportunities, financial loss due to missed new job opportunities due to the delay in adjudicating my I-485 application.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 15th day of June at Huntersville, North Carolina.

_____

Naren Uppuluri

## AFFIDAVIT OF NAVEEN LAKAMSANY

My name is Naveen Lakamsany and I am a national of India. I currently live in Frisco, Texas.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date May 24, 2012 and my I-485 receipt date is October 22, 2020. My receipt number for the I-485 application is LIN2190061362.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I do not have flexibility in switching jobs and a lot
of distress every couple of years for renewal and stamping of my visa that I have to still go through all of this even after staying in this country for 14 years.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 21st day of June at Frisco, Texas.

_____

Naveen Lakamsany

# AFFIDAVIT OF NIRMAL RAJKUMAR MUNUSWAMY RAMALINGAM

My name is Nirmal Rajkumar Munuswamy Ramalingam and I am true. I currently live in Parker, Colorado.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date is  and my I-485 receipt date is October 22, 2020. My receipt number for the I-485 application is msc2190289803.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I have called USCIS to know the processing times from the National Benefits center as they are not listed in the online case status search website.I have been experiencing high emotional stress of the uncertainty. My career greatly stumped because of restrictions in the current visa requirements

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 1st day of June at Parker, Colorado.

_____

Nirmal Rajkumar Munuswamy Ramalingam

## AFFIDAVIT OF NITIN SINDHWANI

My name is Nitin Sindhwani and I am a national of India. I currently live in Northlake, Texas.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date December 30, 2014 and my I-485 receipt date is October 23, 2020. My receipt number for the I-485 application is SRC2190035814.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I have tried reaching out to USCIS via Emma - USCIS chat service. I raised a service request with USCIS to process my case but still no luck.Its more than 6 years now I have visited India and my parents are old so I would like to visit them in case of any emergency. Especially due to pandemic going on and situation was too bad in India, I have no way to back to India and come back without jeopardizing my status and my job. Also every-time I file for extension, there is always a fear in back of mind that what if it gets denied for some reason. I bought a house here and my kids are USA born so in case I have to go back now to India, it will be a big disaster for not only me but for my kids who are USA born.
I would like to do business but the visa situation is not letting to do.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 8th day of June at Northlake, Texas.


_____

Nitin Sindhwani

## AFFIDAVIT OF PANKAJ KUMAR PATHAK

My name is Pankaj Kumar Pathak and I am a national of India. I currently live in Springfield, Illinois.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date September 2, 2014 and my I-485 receipt date is October 21, 2020. My receipt number for the I-485 application is LIN2190055414.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

My priority date 09/02/2014 is not current yet but I am expecting it to be current very soon. It would impact me negatively if they don't process the case faster. It is a "once in decade" opportunity and I don't want to miss this chance.We spend a good amount of money to apply for a US visa as and when we have to travel outside the US. Too much uncertainty causes a lot of stress.

We cannot freely travel to India and see our family members because of visa uncertainty and then unbearably long processing times. We cannot apply for extensions before 180 days of the documents expiring and it takes months and months in processing and by the time we get the approval, it's time to file an extension again.

There were estimates before COVID happened that it would have taken 150 years for Indians to get the green card. Our place of birth was not in our control and such a harsh punishment for being born in India is beyond my understanding.

We cannot freely choose our career path as there are so many job opportunities where companies are not willing to sponsor the work visa and they want to hire only US citizens or Green card holders.

It is hard to explain the emotions in words what we suffer staying in the green card queue for unlimited period (decades and decades), we cannot plan anything, where we want to buy a house, cannot think of starting a business if I want to, cannot choose the city where we want to live.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 15th day of June at Springfield, Illinois.

_____

Pankaj Kumar Pathak

# AFFIDAVIT OF PARMINDER SINGH

My name is Parminder Singh and I am a national of India. I currently live in Fremont, California.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date September 7, 2010 and my I-485 receipt date is October 22, 2020. My receipt number for the I-485 application is MSC2190448013.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I have not reached USCIS for i485 but I did opened case for AP (SR11042106423MSC) to which there has been no reply. For my wife Papers were rejected saying incomplete filling but were accepted as same after filling third time in Feb.1. Waiting for more than 10 years to get the GC processed and loosing job opportunities
2. Not went to India from long time and not able to travel due to pending AP case as I94 number should not change.
3. Parents are very old and not in good health, not able to meet them due to long wait for this case.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 29th day of June at Fremont, California.

_____

Parminder Singh

## AFFIDAVIT OF PRABHU SAMYUKTH ANKALA

My name is Prabhu Samyukth Ankala and I am a national of India. I currently live in Austin, Texas.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date August 26, 2011 and my I-485 receipt date is October 27, 2020. My receipt number for the I-485 application is SRC2190064534.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Our AOS applications are pending and we haven't received any further after the initial receipt notices in January 2021. We have contacted USCIS multiple times through phone line for getting status update and biometrics appointment, but they have simply turned down the request. We asked the USCIS agent if we can raise any Service Request for the biometrics appointment, but we were told that was not possible. We kind of feel helpless with our cases pending for nearly 8 months without any movement in processing and worried that the visa wastage would affect our chances in getting the green card.I am currently working in the field of Hardware Design for the past 11 years, but have a dream of pursuing different career choices. But the lack of permanent residency restricts the opportunities I can look for, and also restricts me work for to a specific employer. Changing employer within my field of expertise would also have significant impact due to visa transfer process. My spouse, who is highly qualified and presently working as a Software professional with EAD document would have a much bigger impact in her professional life without stable work permit. In March 2021, my wife had to face unemployment, due to EAD renewal delays. This caused severe financial loss to our family's income and she is at a high risk of possible lapse in employment in future without Green card. Due to current travel ban on H1B visa holders, we are unable to travel to our home country to take care of our family during the pandemic outbreak. As we are from a visa backlogged country based on our birth, we are at a risk of priority date retrogression and could face up to several years of wait times to get this opportunity of obtaining the permanent residency status.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 30th day of June at Austin, Texas.

_____

Prabhu Samyukth Ankala

## AFFIDAVIT OF PRAVEEN BALAJI

My name is Praveen Balaji and I am a national of India. I currently live in Fremont, CA, California.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date May 10, 2010 and my I-485 receipt date is October 29, 2020. My receipt number for the I-485 application is MSC2190361625.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

We have been contacting USCIS online through the "Case Status Page" and EMMA to find status of our I-485 for more then 8 months now since the Adjustment of Status was filed on October 29, 2020. However, there is no clear reply. We have been waiting in queue for 8 months now.Waiting for a greencard in the queue for over 10 years has caused us a lot of stress. We spend a good amount of money to apply for a US visa when we travel outside the US. My employer also spends premium processing and H1B filing fees every 3 years to keep me in status while we wait for our turn in the Indian green card queue patiently.

The opportunity cost and  emotional pain of staying in the greencard queue for over a decade at this point is difficult to explain in words. During this time, we had to pass on several opportunities to start our own business. We are constantly uncertain about our future status and have to be extremely conservative in out financial and professional decisions, and forgo many opportunities as a result of this uncertainty.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 21st day of June at Fremont, CA, California.

_____

Praveen Balaji

## AFFIDAVIT OF PRAVEEN KANNEGANTI

My name is Praveen Kanneganti and I am a national of India. I currently live in Collierville, Tennessee.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date August 13, 2013 and my I-485 receipt date is February 5, 2021. My receipt number for the I-485 application is LIN2190162630.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

1. Difficulty in advancing academically: I am interested in doing cardiology fellowship and with the delays in permanent residency application i am not able to do it as it is very difficult to secure a fellowship on H1b.
2. Spouse working on H4 EAD. Processing of her EAD application is delayed and she will need to quit her job. If we have permanent residency it will be easier to continue her current job.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 21st day of June at Collierville, Tennessee.

*Praveen Kanneganti*

_____

Praveen Kanneganti

## AFFIDAVIT OF PRITISH MADHAVAN

My name is Pritish Madhavan and I am a national of India. I currently live in Allen, TX, Texas.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date May 1, 2012 and my I-485 receipt date is October 27, 2020. My receipt number for the I-485 application is SRC2190058425.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

My wife and I filed the AOS application on October-27-2020 concurrently under EB3. We both filed the I-485, I-131, I-765, I-693, and my employer CVS Health has also filed the I-140 under EB3. CVS Health originally has an EB2 approved for me with the PD of May-01-2012. Since the filing date chart was within the PD for EB3, my employer agreed to downgrade my I-140 to EB3 and filed under this category.

On Jan-12-2021, my wife and I got the receipts for all the applications we submitted on Oct-27-2020. Following are the receipt numbers:

Pritish MADHAVAN
I-485 Receipt #: SRC2190058425
I-131 Receipt #: SRC2190058426
I-765 Receipt #: SRC2190058427
I-140 Receipt #: SRC2190058424

Rasija Vijayan NAMBIAR (Spouse)
I-485 Receipt #: SRC2190058421
I-131 Receipt #: SRC2190058422
I-765 Receipt #: SRC2190058423

I contacted USCIS through EMMA during multiple instances for the status update. On April-20-2021 we raised an SR to check the status of our EAD/AP when the current processing time shown in the TSC was well under the Oct-27-2020 when we submitted the applications. On April-28 the TSC replied saying that "We received your service request and researched the status of your case. You indicated that you received a notice for a biometrics appointment. Our records confirm that we received full biometrics for you on Jan-19-2021. Therefore, it is not necessary for you to attend a second biometrics appointment. Please disregard the notice." However, please note that I or my wife never received any biometrics appointments for these applications, so not sure why USCIS had that mentioned in the response.

After a few weeks, I noticed the processing time for the TSC with respect to the EAD application under my category has moved back, and currently, it looks like the processing time is moving up and down and has never reached my Oct-27-2020.

On June-06-2021 we decided to upgrade the I-140 under EB3 to premium processing and on June-16-2021 my I-140 under EB3 was approved by the TSC.

Currently, both my wife and I are waiting to hear back from USCIS on our applications filed in Oct-27-2020. No biometrics was taken as well.
I am Pritish Madhavan, I have a Masters Degree in Computer Applications (University of Calicut) and a Bachelor's Degree in Computer Science (University of Kerala) - very reputed Universities in India. I came to the US in 2006 May on H1B visa through UST Global. I have been in the US working and living legally on H1B since then. UST Global had applied for my GC which has a priority date of May-01-2012 under EB3.

I married my wife Rasija Vijayan Nambiar in Jan-8-2009 in India and then brought her over to the US on H-4 dependent Visa in Jan 2009.

I was hired by CVS Health (Caremark), which is a fortune 4 company, in July 2013 and I am working as a full time employee and my designation is Advisor (Application Development / Information Technology) . CVS Health also applied for my GC under EB2 and then ported the PD of May-01-2012 to CVS Health's I-140.

My wife Rasija was working in India as a Drug Regulatory executive with Novartis Pharmaceuticals. We were so lucky that in 2015 the Obama Administration provided the H4 EAD due to which my wife was able to successfully get a very critical job after a very long break without work due to her inability to work in H4.

My wife has a Master's in Biochemistry and a Post Graduate Diploma in Pharma Management from University of Mumbai, India. She's currently employed with UT Southwestern Medical Center in the Institutional Review Board department as a Sr. Regulatory Associate. Her job involves very critical review of clinical trials conducted at UT Southwestern and ensuring full compliance of clinical trials and research are done in accordance with the complex requirements of clinicaltrials.gov, which is operated and maintained by the National Library of Medicines within NIH. She also provides valuable guidance to the clinical research teams in ensuring the studies are properly meeting the compliance guidelines set forth by the various agencies like FDA, NIH etc. She is a very critical and valuable employee at UT Southwestern having gathered vast amount of knowledge and experience over these years.

Unfortunately Rasija's job is tied to H4-EAD, and we are in constant fear of losing her job as her work permit is tied with my H1B. Also with the current delays in processing the H4-EADs we are really sure that she will not be able to continue her job post June-16-2022 (H1B and H4

validity) which is when my H1 expires. If she loses her job, it will be devastating for her personally and professionally.

During October 2020 when PD became current for EB3, CVS Health decided to downgrade my I-140 application to EB3 based on the PD of my EB2. I got my EB3 I-140 approved in June-16-2021 (applied for Premium Processing).

Now in the July 2021 VB, my PD is current under the Final Action Date and my all applications are still pending with no biometrics issued or taken yet for both my wife and myself.

As of writing this, I have been living, working legally in the US since 2006 May which is more than 15 years now and my wife Rasija has been in US since Jan 2009 which is more than 12 years. We have bought a house in December 2014 and then we sold and bought our second bigger home in April 2021 both in Dallas TX. We have invested a lot through the retirement funds like 401(k) and Texas Teacher Retirement System. Both our kids were born here in the US and they are almost 11 and 9 years old and they have been going to the Allen ISD all their school years. US is the country we dreamed of immigrating to and this is our home. I really wish my wife and I get the GC at the earliest so that we can relieve our stress and concentrate our energies more on the things that are very important to our lives, and also give our kids (US Citizens) the chance of no more fear of losing their ability to stay here with their parents. Obtaining the GC timely will also help my wife continue with her employment at UT Southwestern Medial and contribute to the clinical research and trials.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 25th day of June at Allen, TX, Texas.

_____

Pritish Madhavan

# AFFIDAVIT OF RAJAN RAYCHAUDHURY

My name is Rajan Raychaudhury and I am true. I currently live in Atlanta, Georgia.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date is  and my I-485 receipt date is October 29, 2020. My receipt number for the I-485 application is MSC2190727459.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Filed our cases ( 485,I-131 and 765 concurrently) on 28th Oct,2020. Did not receive any information/update on the receipt notices etc till the end of Jan 2021 ( using the USCIS chat system). Upon chatting came to know about the receipt notices.
Received notices via mail by end of Jan 2021 ( Jan 31st)
Received another set of letter in March asking about out Finger Printing appointment on March 19th in the Atlanta ASC office . Went for the finger printing appointments on 19th March and the same got updated next day on USCIS website.
Since then did not hear anything from USCIS.
Inquired about the I-131 ( as time was over the processing time ) - had been asked to use the on-line complaint process. Did that in the month of April ( 15th April)  but till date (1st June)  did not receive any update from USCIS on the status update.1. We came to US in 2007 and applied for the Green Card in the year 2010 (priority date 12th April,2010). Since then we are waiting patiently  in the line to get the naturalization.  For the last 13 years we are surviving on H1-B/H4 visa. Every 3 year passes by and the stress of H1/H4 renewal looms large on the whole family.
2.My wife could not work for 8 years. Once she got her H4-EAD she started working . H4-EAD renewal is a big pain- in 2020 it took more than 6 months in order to get her approval- that too after we filed a petition against USCIS. We will go through the same pain again in 2023 if we do not get the GC by then. Also there is always a chance to loose the job if H4- EAD is revoked anytime in future.
3.My daughter was born in India and now she is 16 years old. In 2 years she will go to college but without the Green Card she will not be eligible for any Federal/State scholarship . Also she will not be able to get any student load from any financial institute. Most likely she will be considered as "Out-of State" student and pay extra tuition fees even-if we have stayed in state of GA for last 12 years.
4. In the worst case if I loose my job I will be in big trouble . Currently not lot many companies like to sponsor H1-B visa- as a result most likely me and my family need to go back to India . My kids are grown up here ( my son is born in US) but because of the above situation i need to uproot my whole family and go bck to my home country. I also need to sell my house , my other assets in a short period of time ( 60 days) - this will have a huge financial and emotional pain for

my entire family.

5.For not being a Green-Card holder and citizen of United States we do not get lot many financial and other benefits even though we pay so much taxes to Federal and State Government each year

As you can see I can avoid all the above sufferings if we get the GCs soon. If because of the USCIS delays I loose the opportunities of getting the GCs after 11 years of waiting  it will a big disaster for me and my family. Will really appreciate if we can get the permanent residency sooner.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 1st day of June at Atlanta, Georgia.

_____

Rajan Raychaudhury

# AFFIDAVIT OF RAJUL TEREDESAI

My name is Rajul Teredesai and I am a national of India. I currently live in Herndon, Virginia.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date October 15, 2011 and my I-485 receipt date is October 28, 2020. My receipt number for the I-485 application is SRC2190068987.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

We submitted I-140, I-131, I-765 and I-485 on October 28, 2020 as my priority date of October 15, 2011 was current for filing based on October 2020 visa bulletin. The applications were received by USCIS on October 28, 2020 for which I received the receipts on January 25th, 2021. After upgrading my I-140 petition to premium processing in April, I received approval for I-140. Correspondence with Live agent through Emma on USCIS Website:
⬛ 05/11/2021: Agent confirmed that fingerprints provided previously by me and my wife were reused for I-131 Advanced Parole (AP) and I-765 Employment Authorization Document (EAD).
⬛ 06/07/2021: I was told that our biometrics have not been reused.
⬛ 06/08/2021: Since both the answers above were contradictory to each other, I reached out again and I was told that our biometrics have not been reused and don't assume that they have been used unless you receive a letter stating so.
Therefore, I am not sure which information is reliable. I checked with "live agent again
In addition to above correspondence, I have send a letter to Senator Tim Kaine requesting him to do anything he can to push USCIS to expedite the processing of EAD and AP at a minimum.
My final action date is now current in June 2021 visa bulletin which is active from June 1, 2021. It has been more than 7 months since I submitted my documents to USCIS. However, I have not neither received my Employment Authorization Document (EAD) nor advanced parole (AP). Also, I have not received any appointment for providing biometrics. I work as a Geotechnical Engineer for a second largest civil engineering company in the United States, on various defense infrastructure design projects for US Army Corps of Engineers and US Navy where I am required to travel outside the country to US military bases in the Middle-east and Africa. I cannot travel to work on these important projects for national security with a pending application for advanced parole. My H1b visa stamp has already expired and getting a visa stamp currently outside any consulate is impractical due to COVID related shutdowns. Also, given the pandemic situations in India (where my close family members reside), trip to India is always on the cards. Given this, having a valid AP document is a necessity for me to re-enter the country.
At my current role I have hired eight US Citizens to help grow my employer's business and have been a productive member of the society. Also, without an EAD, it seriously limits my abilities to start my own engineering firm where I can provide employment opportunities to more US

Citizens.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 20th day of June at Herndon, Virginia.

Rajul Teredesai

## AFFIDAVIT OF RAMAKRISHNAN SARVESWARAN

My name is RAMAKRISHNAN SARVESWARAN and I am a national of India. I currently live in Irving, TX, Texas.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date September 22, 2012 and my I-485 receipt date is October 29, 2020. My receipt number for the I-485 application is SRC2190086439.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I have contacted USCIS through EMMA to find the status of our I485, I131, and I765 but there is no clear reply. We have been waiting in queue for over 7 months now.My dad passed away in India on 5/24/21. I was not able to travel to India due to my pending I485. I was neither able to be with his bedside on his last days nor I was able to complete rituals after his demise. I submitted an expedite request for my 'I-131 - Application for Travel Document' on 6/7/21. USCIS officer denied my expedite request stating that the death of my father is not a justified reason to expedite my I131. My mother grieves alone and I can not support/grieve with her during these sad times for my family.

The family separation at the time of the father's death can not be explained in words.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 11th day of June at Irving, TX, Texas.

_____

RAMAKRISHNAN SARVESWARAN

## AFFIDAVIT OF RAMESH KUMAR RAJAN

My name is Ramesh Kumar Rajan and I am a national of India. I currently live in Collierville, Tennessee.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date January 18, 2013 and my I-485 receipt date is October 29, 2020. My receipt number for the I-485 application is LIN2190099364.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Prolonged delay of adjustment petition is a concern as our Daughter will be going to college next year and want to do summer jobs to save money for her college expenses. My daughter could not apply for Social security number since the I485 adjudication is delayed. Also my wife is without a Job from Jan 2021 due  to delays caused by USCIS in adjudicating her H4 EAD and I485 in time, this is causing a financial crisis at home as we could not save money for the upcoming college expenses.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 15th day of June at Collierville, Tennessee.

_____

Ramesh Kumar Rajan

# AFFIDAVIT OF RASIK RAVIKANT SHETH

My name is Rasik Ravikant Sheth and I am a national of India. I currently live in Malvern, Pennsylvania.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date August 15, 2013 and my I-485 receipt date is December 30, 2020. My receipt number for the I-485 application is SRC2190161531.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I have tried to reach USCIS through Emma on at least 5 occasions the last one is today on 02-June-2021 to understand the progress of my biometrics. I am being asked to be patient.I had to leave to my previous employer Amazon Services LLC. as they only initiated the Green Card process in October 2020. In order to take advantage of this opportunity, I joined my employer in 2013.
This has already resulted in:
1. More than 50% reduction in salary ($50,000 less per year)
2. Loss of 50 amazon stocks that were maturing in coming years (approx. $150,000)
3. Loss of benefits such as employer contribution in 401K (4%)
4. Spent $2500 to expedite the i-140 processing to ensure nothing is left to chance.

> While Amazon is willing to hire me back, I cannot join back unless AC21 provisions or Green Card is received.
> Unable to leave the country to meet aging parents in India since 2016.
> H4 Dependent wife and 5-year old son. My wife holds an H1b petition but she is unable to get the flexibility to manage the family and moved to H4.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 8th day of June at Malvern, Pennsylvania.

_____

Rasik Ravikant Sheth

# AFFIDAVIT OF ROHAN WALI

My name is Rohan Wali and I am a national of India. I currently live in Franklin, Tennessee.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date June 28, 2013 and my I-485 receipt date is October 16, 2020. My receipt number for the I-485 application is LIN2190049185.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Followed up via chat on USCIS website end of December 2020 to get a receipt number.We have been law abiding residents since 2009 with not so much as a parking ticket. The uncertainty of not knowing if we will be able to get back into the country after leaving it feels like a hanging knife over our heads after investing so much. Aging parents back home cannot be visited with fear of getting stuck there with potential job loss due to numerous problems and delays with visa processing. If the AOS application is adjudicated within a reasonable amount of time, it will bring certainty in our lives along with ability to visit family at will.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 17th day of June at Franklin, Tennessee.


_____

Rohan Wali

# AFFIDAVIT OF RONG SHEN

My name is Rong Shen and I am true. I currently live in San Jose, California.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date is  and my I-485 receipt date is October 29, 2020. My receipt number for the I-485 application is LIN2190104134.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I did not contact USCIS regarding Form 485, but I've submitted inquiry case for my 104 downgrade, 130 AP and 765 EAD card applications.If recession starts, it will be harder and harder for people require visa sponsorship to get a job. I have lived in US for more than 10+ years and have never worked at other countries. It will be difficult for me to find job outside US and even more difficult to adjust life even in my home country, since I have left it for so long. My life has been built here and it will be destructive to me if I have to give up these.

Besides that, re-enter US is not easy for H1B, especially this pandemic has put travel ban that prohibit H1B re-enter. This blocks us from visiting our families abroad. I do not have any relatives here, and I'm the single child in the family. I have not seen my parents for 3 years. My parents are aging. Everyday I'm worried if there is anything bad happened and I cannot quickly come home and take care of them.

These are the 2 main suffers i have on this long waiting list for Chinese perm applicants.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 30th day of May at San Jose, California.

_Rong Shen_

_____

Rong Shen

## AFFIDAVIT OF SABARINATH NAVANEETHAKRISHNAN

My name is Sabarinath Navaneethakrishnan and I am a national of India. I currently live in Austin, Texas.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date December 20, 2011 and my I-485 receipt date is October 29, 2020. My receipt number for the I-485 application is SRC2190084780.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I reached out to USCIS customer service via online chat on 06/15/2021 to enquire about my case statusI came to United States as a student in 2003 and have been continually employed since 2006. We have a child who is an US Citizen. The effect of being a temporary immigrant for so long has taken a toll on us in various ways. Most services that are available for citizens or permanent residents like mortgages or investment accounts are unavailable or available only on a highly restricted basis for non immigrants. Our stay in United States is entirely based on maintaining valid employment status. Though we are fortunate to maintain continual employment status, the possibility of losing employment and thus forced to leave everything we built for nearly two decades behind has taken a significant toll on our mental health. On top of it, we aren't able to pursue our dreams of being entrepreneurs and start businesses that one day may employ many people.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 20th day of June at Austin, Texas.

_____

Sabarinath Navaneethakrishnan

# AFFIDAVIT OF SACHIN KHANDEKAR

My name is Sachin Khandekar and I am a national of India. I currently live in Seattl, Washington.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date November 15, 2013 and my I-485 receipt date is October 28, 2020. My receipt number for the I-485 application is LIN2190117444.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Submitted a SR SR11472105781NSC to inquire about the processing time outside normal range of my EB3 downgrade I140 petition. Was supposed to receive the response by 6/18, but haven't heard back from USCIS yet.1. Not having a green card means I won't be able to travel to see my family in India. The long processing times for Advanced Parole also mean that I can't travel to Canada, where I have more family members.
2. I'm been holding off on seeking better employment opportunities for the last several years due to my green card still being under process
3. My wife is unable to start her own business since she is on H4 visa and lacks employment authorization. Her H4 visa petition and EAD application has been pending since 12/23/2020.
4. The threat of changing H1B regulations is a cause of significant stress and anxiety to me and my wife. For instance, in May 2020, there were rumors that the DoS would not approve extensions of H1B petitions due to the travel ban, forcing people like me to leave the country immediately. Being in an extended limbo on a temporary H1B visa doesn't allow me to think of setting up permanent roots in the US.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 21st day of June at Seattl, Washington.

_____

Sachin Khandekar

# AFFIDAVIT OF SACHIN S KIVLEKAR

My name is SACHIN S KIVLEKAR and I am a national of India. I currently live in Miramar, FL, Florida.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date June 14, 2012 and my I-485 receipt date is October 29, 2020. My receipt number for the I-485 application is SRC2190091067.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Dec 21, 2020 - chat with emma for receipt numbers, no info provided
Dec 31, 2020 - chat with emma for receipt numbers, no info provided
Jan 27, 2020 - chat with emma for receipt numbers, no info provided
Mar 17, 2020 - chat with emma for fingerprint appointment date, no response
Apr 23, 2020 - chat with emma for fingerprint appointment date, no responseI have been waiting for my green card for over 8 years, still going through so agony, pain, stress.
Emotional pain caused by seeing people from other nationalities getting their green card in less than a year, becoming citizens while I just wait year over year painfully to apply for i485 so i get my green card.
Unable to pursue better opportunities to avoid going through fear of getting stuck in reapplying immigrant petition if i change employer.
Unable to start business. Unable to live FREE in this great country of Liberty.
Constant fear of getting fired while on work visa, constant worry of what will happen to kids well being, their education.  Unable to spend quality time with my kids due to all time low spirit of mine.
Second thought of whether to visit parents in India to avoid getting stuck with visa stamping fears.
In Oct 2020 when I finally got the chance to apply i485, USCIS gave receipts after THREE MONTHS so much delay.  Fingerprints after yet another FOUR MONTHS.  SEVEN MONTHS and still waiting for processing decision from USCIS.
Now, another fear of USCIS not processing in timely manner and wasting green card visa numbers.. how many more years should I wait ??
I have fear of what will happen if I lose my job, have to see my home, incur losses, kids education.. so much anxiety, unable to sleep peacefully, constant fear, worry.
I have paid fees to USCIS for timely processing my case, wasting green card numbers is simply unacceptable.  I cant just keep waiting and waiting and go through this emotional pain.
Requesting respective Your Honor Judge to please help direct USCIS to process my i485 green card before Sep 30, 2020 or reserve green card number for me so it does not go waste and not

keep me waiting more.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 5th day of June at Miramar, FL, Florida.


_____

SACHIN S KIVLEKAR

## AFFIDAVIT OF SAGAR KALE

My name is Sagar Kale and I am a national of India. I currently live in Houston, Texas.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date January 10, 2014 and my I-485 receipt date is March 22, 2021. My receipt number for the I-485 application is MSC2191236484.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

My case (I-485, I-765, I-131 and EB-3 I-140) was originally received by USCIS on October 23, 2020 [EB-2 to EB-3 downgrade with EB-2 priority date of January 10, 2014]. However, USCIS initially rejected my/spouse's I-485 application as they deemed that the section with additional alien information was incorrectly filled.

EB-3, I-140 was accepted and approved on April 28, 2021.

Sometime in April 2021, I was invited to resubmit my/spouse's I-485 by USCIS on the grounds that I did not get an opportunity to correct and resubmit my application due to retrogression/non acceptance of date of filing from December 2020/January 2021.

Upon resubmitting my I-485, I-765 and I-131, my applications were accepted and receipt numbers were generated for applications for myself and spouse.

I have been communicating with USCIS on their virtual assistant 'Ask Emma' initially to obtain receipt numbers (receipts were not issued for up to 2 months during October/November 2020). More recently, I have been reaching out to follow-up with Live Agents on Ask Emma about dates for biometrics appointment as well as RFE letters for submission of medical examinations. Live Agents have been telling me to keep waiting for the biometrics notice as they are still processing applicants with earlier notice dates than mine, COVID-19 restrictions etc. I was also told to wait for RFE before I can submit my/spouse's medical reports.

Considering rapid forward movement of EB-3 I final action dates in recent visa bulletins, I am expecting my priority date to be current later this year. I am worried that without biometrics and medical report, USCIS will not process I-485 application even after priority date has become current. I am trying my best to expedite USCIS but so far has not seen any results.

My spouse has already submitted her biometrics for her H4 visa renewal back in 2019. We are not sure if she needs to resubmit her biometrics for her I-485/I-765/I-131 applications. If dates

retrogress and my priority date is no longer current under EB-3 I, I will be stuck with I-131/I-765 instead of a green card. It would require periodic renewal of both documents and during renewal, it will be hard/if not impossible to travel for work or personal reasons.

I have been on H1B visa for last 11 years and know fully well how difficult it is to manage work and visa status at the same time. I had to either say no when my work required travel abroad for longer than 1 to 2 months as I could not park my family in USA (on H4 status) while I am abroad. My wife had to travel with me so that I could complete my assignment abroad and not jeopardize my job. After obtaining her H4 EAD, she had to give up her job to accommodate my work travel.

During recent H4 visa renewal (2019), she also had to give up her job as her H4 /H4 EAD was not renewed in timely manner due to USCIS delays after the introduction of biometrics for H4 extensions. This is an extremely distressing situation with lot of emotional suffering.

Although we would expect to be in slightly better situation with approved I-131/I-765, subsequent I-131 renewal will still place restrictions on our travel. A nightmarish scenario recently played out for us when COVID-19 cases in India skyrocketed. My in-laws (wife's parents) tested positive and had to be hospitalized. Both of them were in critical condition and yet we were not able to travel to India to be with them due to pending I-131 application/US Consulate in India not granting appointments for H1B/H4 visa stamping. God forbid if such scenario were to ever happen again, our situation will not be any different with only I-131 in hand (since we can't travel and be with our parents if situation demands due to ongoing renewal of I-131 application/s).

Getting a green card (7 years after my priority date) would finally give me/us freedom to explore job opportunities we see fit for our career progression as well as have the freedom to travel for business/personal reasons without significantly impacting spouse or our child.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 18th day of June at Houston, Texas.


_____

Sagar Kale

## AFFIDAVIT OF SAGAR SAMARIA

My name is Sagar Samaria and I am a national of India. I currently live in Houston, Texas.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date September 6, 2013 and my I-485 receipt date is December 17, 1978. My receipt number for the I-485 application is SRC 219 0042 681.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I work in Oil and Gas industry with so much of uncertainty around in the industry, I cannot switch any jobs until my get my green card. My professional growth has been capped without green card.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 11th day of June at Houston, Texas.


_____

Sagar Samaria

## AFFIDAVIT OF SAMEER PRAKASH TEJANI

My name is Sameer Prakash Tejani and I am a national of India. I currently live in Chicago, Illinois.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date August 22, 2012 and my I-485 receipt date is October 28, 2020. My receipt number for the I-485 application is LIN2190111717.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I may not be considered for promotions at work that might impact my green card process; I am unable to travel since my adjustment status (and advanced parole application) have been pending. I will also need to spend money everytime to maintain my AP status while also having to spend money on H1B visa stamp at the consulate. I am unable to make any longer term decisions (such as moving locations, my spouse's employment situation, etc.) until the green card adjudication.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 21st day of June at Chicago, Illinois.


_____

Sameer Prakash Tejani

# AFFIDAVIT OF SAMEER RAHEJA

My name is Sameer Raheja and I am a national of India. I currently live in Washington, DC.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date January 19, 2011 and my I-485 receipt date is October 29, 2020. My receipt number for the I-485 application is MSC2190674143.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Family separation: For 5 years, my wife and I lived in 2 separate cities, i.e. I in Philadelphia, my wife in Washington D.C. because of our respective employments. We were unable to co-locate because prospective employers were unwilling to sponsor (owing to burden), even when our skill are/were in high demand.
Loss of promotions and income: We both have been passed on for promotions, owing to the burden on the employer w.r.t. to change in immigration paperwork.
Inability to travel to home country: For past 14 years, every 3 years we have had to fill out massive amounts of paperwork and travel to consular offices to get our VISAs stamped. Now in the middle of the pandemic our VISA stamps are out of date and with consular offices closed worldwide, we cannot even travel to our home country to see our family.
Money spent: Since past 14 years we have spent 10's of thousands of dollars in paperwork, medical checkups, travel costs, etc. just to keep out immigration status up-to-date.
Emotional suffering: Both my wife and I are burnt out with prolonged work hours/careers and have thought of taking a break in the near future, but that near future keeps getting pushed back as we are dependent on having an active H1-B visa to stay in this country. We had a baby last year and wanted to get some extra time off to take care of him, especially as we were the only ones to take care of him because of pandemic. But it was not a possibility.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 8th day of June at Washington, DC.

_____

Sameer Raheja

## AFFIDAVIT OF SATHIRAJU UNDAVALLI

My name is sathiraju undavalli and I am a national of India. I currently live in Longview, Texas.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date August 10, 2010 and my I-485 receipt date is October 29, 2020. My receipt number for the I-485 application is MSC2190669046.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

family separation- not able to travel without significant hardship

Not able to work in different Hospital or clinic in a pandemic situation

emotional pain

lost business opportunities

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 22nd day of June at Longview, Texas.

_____

sathiraju undavalli

## AFFIDAVIT OF SATYANARAYANA PUSAPATI

My name is SATYANARAYANA PUSAPATI and I am a national of India. I currently live in Germantown, Tennessee.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date April 27, 2011 and my I-485 receipt date is October 21, 2020. My receipt number for the I-485 application is MSC2190324933.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Applied for adjustment of status in the october of 2020 ,  extensive delays in getting receipt notice and finger prints. Unable to travel to my home country in emergencies and even unable to see my father for the last time.I came to USA in 2007 for my medical post graduate training . Worked in underserved areas for many years. Paid taxes as a law abiding citizen and raised my kids , who feel this as their home. My elder son is in high school and also on a visa as my dependant. If he does not get a green card before he turns 21, he has to leave the country and and has to undergo the same trauma which I have gone through waiting for my permanent residency. I was unable to see my father before he died last month because of my visa problems.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 10th day of June at Germantown, Tennessee.

_____

SATYANARAYANA PUSAPATI

## AFFIDAVIT OF SENTHIL ANAND BALAKRISHNAN

My name is SENTHIL ANAND BALAKRISHNAN and I am a national of India. I currently live in Bellevue, WA, Washington.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date July 14, 2014 and my I-485 receipt date is October 27, 2021. My receipt number for the I-485 application is LIN2190128979.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I have engaged with USCIS through multiple channels. I have contacted their many times customer service number asking for SLAs, what should I expect next, what is the current status. I have also done the same using their chat service and connected with the real agent (not the automated agent) to try and get updates.
In addition, I have also emailed their Lockbox email address once or twice for even basic information like receipt numbers. We have been living here for several years now and would appreciate action, closure on our applications.

Thanks
SenthilI moved here when my daughter was 1 year old and my son was 3 years old. My son is on the spectrum and is twice exceptional with a very high IQ (150) but has ADHD, every passing day brings him closer to aging out which is mentally and physically so draining and gut wrenching. My daughter is feels American culturally and emotionally, it crushes my heart to even imagine the pain we will go through if she ages out because of these delays. My mom who lives in India is down with dementia and I would like to visit her whenever possible. I have also had several entrepreneurship ideas which I am unable to pursue and create jobs because I do not have my permanent residency, I have passed on several high ranking job opportunities.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 18th day of June at Bellevue, WA, Washington.

_____

SENTHIL ANAND BALAKRISHNAN

## AFFIDAVIT OF SENTHIL RAMAIYAH

My name is Senthil Ramaiyah and I am true. I currently live in Coimbatore, Michigan.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date is  and my I-485 receipt date is October 15, 2020. My receipt number for the I-485 application is MSC2190067026.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I filed for my 485 adjustment of status on the very first day I was eligible to file 10/1/2020. I provided them with all necessary documentation. I responded to the biometrics appointment and completed it in a timely fashion.
I am employed as a physician in a very busy practice serving patients from a vast rural area of Michigan and have been doing this since 2012. It is more than a decade since I have been approved for I 140 and awaiting an opportunity to file 485. And now I do not want to miss this opportunity to get my 485 approved because USCIS is unable to process my 485 in a reasonable time frame and the green card numbers are wasted.I am unable to become a partner in my practice Inspite of working there for 9 years. My junior colleagues became partners many years before me.

I have been deligently renewing my h1 visa every 3 years and until recently H4 visa for now now ex wife. I am unable to travel freely to see my sick father who lives abroad for fear of being unable to return to the US. I am under constant stress and emotional distress with not being able to put my roots down and settle down here for good just because of the adjucation delays.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 29th day of May at Coimbatore, Michigan.

_____

Senthil Ramaiyah

# AFFIDAVIT OF SHIVANI ARUN JAIN

My name is Shivani Arun Jain and I am a national of India. I currently live in Seattle, Washington.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date January 25, 2011 and my I-485 receipt date is October 29, 2020. My receipt number for the I-485 application is MSC2190382802.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

We have contacted USCIS through their Outside Normal Processing Time tool and have received no satisfactory response. We did this around May 25th 2021. We are still awaiting adjudication of our I-485, EAD & AP cases which was filed in Oct 2020.

Postponing decision to grow our family
While we consider this country our home (we purchased a home in Seattle in 2007 and have lived in it since then), we don't know if this country will accept us. We have read  horror stories of people spending decades waiting for their green card and how it impacts their kids as they grow up and enter adulthood. This has caused us to not start our family. We do not want to put our kids and our family through that kind of ordeal. We deeply regret and feel shameful about sacrificing our desire to grow our family due to our immigration situation. The lack of any relief from USCIS is cruel, discriminatory in nature and has altered the course of our life for the worst.


Inability to grow our professional career
Due to this prolonged delay, we have been at the mercy of our current employers as switching jobs comes with a lot of risk to our immigration status.. For example, as we wait for I-485 approval, several lawyers have advised us not to switch jobs due to the risk of it negatively impacting I-485. Employers take advantage of this situation by not rewarding their H1-B employees on par with other employees who have similar work performance. We have been stuck in our jobs for years. We achieve high ratings and work tirelessly without commensurate increase in rewards. We are often overlooked for promotions because employers know that H1-B employees can't leave easily and have no choice. We pass on several lucrative job opportunities because of the risk of hurting our immigration status. We don't believe this is inline with what this country has stood for. This is the land of endless opportunities and possibilities yet we feel like slaves of a modern bonded labor system. This is the land where hard work, determination and sacrifices leads to wealth and success. In spite of putting in the effort we find ourselves stuck. We cannot start business, we cannot be entrepreneurs, we cannot take on better jobs with better pay because we are stuck in this never ending wait for a Green card.

Separation from family
We have not been able to see our family overseas because traveling outside the USA is not advised as we wait for our I-485 and GC approval. We have lost family members to COVID and could not be there to grieve together with our family. The amount of pain & suffering is intolerable at times.

Emotional distress
When we put together all the issues above, we experience a high level of bad stress, anxiety and a loss of freedom. We don't believe we should have to sacrifice becoming parents or be able to switch jobs or leave jobs at will or be able to see our family especially at times of pain & loss. This is not human. This is not American.


I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 23rd day of June at Seattle, Washington.


_____

Shivani Arun Jain

## AFFIDAVIT OF SHRUTI KHOKHA

My name is Shruti Khokha and I am a national of India. I currently live in Chelmsford, Massachusetts.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date May 22, 2012 and my I-485 receipt date is October 30, 2020. My receipt number for the I-485 application is SRC2103050702.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

First of all, I would like to say that I am a front line worker who has worked continually with the Covid +ve patients in my capacity as an Occupational Therapist since the start of this pandemic and am fortunate to have brought back so many smiles back on faces of complete strangers by treating and discharging them.  Having said that, I do not think that the immigration system in US helps hard working, qualified people as us.  We have been in this country for more than a decade and have paid our taxes and other dues without the security of being a permanent part of this great society.  There is always a fear of visa rejection or delay when you want to travel to your home country to visit your family and that itself will make you lose everything including your career, house and child's career that you have worked so hard to bring to this level.

As a successful Occupational therapist, I want to become a professor and at the same time want to lead a team of Therapists where I can come up with some creative solutions for not only physical, but mental problems as well.  I believe I can do so much more with my experience or knowledge but I feel helpless because of my visa status and I know as soon as I try to accomplish something, the title and different description of my job duties (even if superior than my original duties), will be rejected by USCIS and I will be denied any immigration benefits.  We as a family have worked hard to self sustain over these years.  We have even involved ourselves in community service to bring as much value as possible to our society here.  But somewhere in the back of our minds, we know that this effort can solely be removed by USCIS for not approving our application on time and allow visa wastage that will rescind the dates back and our decades long wait to become a permanent resident will start again.

I want to request you your Honor and USCIS to please help us feel acceptable in this society by allowing us to become a permanent resident sooner.

Thank you and God bless.

I declare under penalty of perjury according to the laws of the United States that the

statements above are true and correct.

Executed this 6th day of June at Chelmsford, Massachusetts.

_____

Shruti Khokha

## AFFIDAVIT OF SIVAKUMAR BAKTHAVACHALAM

My name is SIVAKUMAR BAKTHAVACHALAM and I am a national of India. I currently live in Fremont, California.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date April 4, 2011 and my I-485 receipt date is October 21, 2020. My receipt number for the I-485 application is MSC2190276419.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Loss of business opportunities, lost opportunities for better job/employment, not able to visit ailing parents, Children missing out intern opportunities, children ageing out.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 12th day of June at Fremont, California.


_____

SIVAKUMAR BAKTHAVACHALAM

## AFFIDAVIT OF SUJAY SHYAMSUNDAR KULKARNI

My name is SUJAY SHYAMSUNDAR KULKARNI and I am a national of India. I currently live in Chicago, Illinois.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date March 11, 2013 and my I-485 receipt date is October 26, 2020. My receipt number for the I-485 application is SRC2190044191.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I contacted USCIS customer care center on June 17, 2021 about the status of my I-140, but no clear advice was provided.

On checking USCIS via Emma chat service on several occasions earlier, similar response was offered.

So, our follow-up with USCIS has rendered inconclusive results so far.The delay in adjudicating the adjustment status application has impacted my spouse and me in more ways than one.

It is causing instability at work. My spouse, Renuka Chandrakant Chilajwar, is a qualified Physical Therapist. She is currently employed thanks to H4-EAD, but that is set to expire in October 2021. She has applied for its renewal; however, approvals for EAD applications (H4-EAD or I-485-based EAD) are taking several months at this time, and there is a real risk she will lose her employment in the near term. Even when her EAD application is approved, she will be on tenterhooks every time it comes up for renewal.

It is leading to missed opportunities. My spouse plans on starting her own business providing Physical Therapy services; but the uncertainty with her EAD is a significant deterrent. She would like to use her professional training and make an investment in the community and to generate local employment, but is afraid of losing it all because her EAD may not be renewed in time.

It has financial implications. Until the I-485 is adjudicated, my employer will apply for extension of my H-1B status. The filing fees and premium processing fees are an ongoing cost as we wait for our turn. In addition, we incur expenditure related to securing the H-1B visa during our visits to India.

More than anything else, the emotional stress and anxiety of being in a non-permanent state is beyond measure.

(a) During the COVID pandemic, my mother was hospitalized (for an unrelated medical reason). Due to the prohibition in place for travel by anyone who is not a citizen or green card holder, I could not visit her in her time of need. This weighs heavily on my conscience and makes me question and reconsider our continued stay in the US.

(b) When we visit India after my H-1B visa extension, we must get a new visa 'stamp' in our passports. Whenever we apply, my spouse and I are filled with dread that either our applications will get rejected or that only one of us would get the visa immediately - with the other going into administrative processing or similar channels. Planning for returning to the US and caring alone for our child, while the other parent waits in India - has given us sleepless nights. The whole visa process consumes a large part of our India visit and the primary reason - of meeting and bonding with family - is completely overshadowed.

(c) Every time my spouse and I think of putting down roots, we must think of the sword that hangs over our heads. The fear of having to pack up and leave holds us back from enjoying a quality of life that we otherwise would be able to. Whether buying a house or a car, or making any large purchase, we are always forced to consider the risk before we even begin to think of the benefit. Case in point is the decision to buy a home - we went 12 years renting apartments before we finally took the plunge. We are constantly having to explain our precarious situation to our daughter too, who is now 10, and is starting to understand the hardships her parents face.

Getting the green card by September 30, 2021 will allow us to live a more peaceful life. It will provide visibility into a stable future, freeing us to focus on the family and also on maximizing our contribution to the society.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 21st day of June at Chicago, Illinois.

_____

SUJAY SHYAMSUNDAR KULKARNI

# AFFIDAVIT OF SYED HUQ

My name is Syed Huq and I am true. I currently live in St Louis, Missouri.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date is  and my I-485 receipt date is October 30, 2020. My receipt number for the I-485 application is LIN2190173981.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I've tracked my case status through the online USCIS portal. I've also contacted the online automated EMMA USCIS app on multiple locations to evaluate my case status, but since April'21 there have been no new updates.I've been legally in the United States since Sept'01,  I've worked as a physician (oncologists) in underserved areas to fulfill the required USCIS J-1 Waiver obligations, but despite all my best efforts, I have been waiting for a green card for over 10 years (my PD is Jan 2012).  Due to the uncertainty of the GC process, I've been unable to relocate from  my current location. My older daughter (now aged 13) has an autism spectrum disorder, and we need to move to a bigger city to take advantage of behavioral & speech therapy services that are in short supply locally. However due to my visa status, I'm unable to find jobs in that same location. These behavioral therapy services are time-sensitive for kids with autism spectrum disorders and impact their ability to be productive members of society in the future. Continued delay in the issuance of a GC also hampers my spouse's ability to work and continue her training as an applied behavioral analyst(ABA). ABA therapists help children with developmental disorders, transition to regular educational settings and are  in short-supply through-out the US. We've had to delay traveling to visit our extended family in India for over 3 yrs, since travel abroad requires visits to the local US consulate in India for re-issuance of H1/4 visas. On the last occasion, we were stuck for nearly 8 weeks due to delay in visa issuances due to "administrative processing" which impacted my ability to take care of my patients who are afflicted with a variety of cancers and blood disorders. My 4 children have had little contact with their grand-parents or cousins, which has been exacerbated by the recent COVID pandemic. Finally, over the last decade or more, we've spend several thousands of dollars in required USCIS and legal fees, for visa renewals, EAD applications,  and other sundry applications. Continued delay in GC processing will add considerably to our financial and emotional burden.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 2nd day of June at St Louis, Missouri.

_____

Syed Huq

## AFFIDAVIT OF URVISH PRAKASH VANZARA

My name is Urvish Prakash Vanzara and I am a national of India. I currently live in Fremont, CA, California.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date May 2, 2012 and my I-485 receipt date is November 2, 2020. My receipt number for the I-485 application is LIN2190205278.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

My application for EB2 to EB3 downgrade was received by USCIS on Nov 2, 2020. I received my notices for the I-485, I-765 and I-131 only around Feb 25, 2021. In between, I had contacted USCIS using their online chat service, Emma, to get details but was not successful.

Once i received the notices from my wife and me, I added all those to my USCIS online account so I could track them. Some time towards the end of April, I had again used their online chat service and this time chatted with an agent to get the status of the EAD/AP applications, but was told they have no updates. On May 4, I filed a Service Request for the I-765, since their website said that my Receipt Date was Outside the Normal Processing Times. On May 18, we received a canned response which said:
"The status of this service request is:

U.S. Citizenship and Immigration Services (USCIS) records show your case is in line to be reviewed by an officer. We ask that you allow additional time for this process to take place since we process these cases in the order received. If after 60 days you have not received anything in the mail, please contact the USCIS Contact Center at the number provided below.

What You Can Do
Please see the Online Services below to check the status of your case in the near future. We apologize for the delay.

We hope this information is helpful to you."

We then received by mail Biometrics appointments for our I-485/I-765 on June 3, which we duly completed.

There has been no update on my I-140 application either and my lawyers have also requested for an update, but haven't heard anything yet. My PD is current in the July 2021 Visa Bulletin, so my

employer is now going to file a Premium Processing request with USCIS for my I-140. My Green Card application was submitted on May 2, 2012. It has been 9+ years of waiting for my PD to become current and get my Green Card. In that time, I have gotten married, had 2 kids who are now in Elementary School! My wife, who has an H4-EAD recently got a job, as a Pre-school Teacher, but is worried that come January 2022, may not be able to keep it. Why? Because our I-765 EAD application has been pending since 7 months and it is practically impossible to get any meaningful updates from USCIS! Ideally we would get our Green Card within a month or two of our date becoming current, but the rate at which applications are being processed, that seems less certain. And from what we have heard from family and friends in a similar situation, as of today, H4-EAD renewals are still taking a long time to come through!

Also, given that we have had all these applications pending, my wife has not been able to travel to India to see her family. Since October of 2020, her father has had to undergo two surgeries for kidney issues, has suffered from COVID, her brother and uncle also were impacted by COVID, her brother had their first child, but my wife has not been able to travel and be with them in their times of need and joy! (If she had travelled, her EAD/AP applications would have been cancelled and we would likely have gone back to the end of the queue!). This has caused significant grief and mental stress.

Such long waits also mean that my employer has to keep spending money on my H1B renewals every 3 years. And my wife and I having to go to the US consulate for Visa Stamping as and when we visit India - which takes significant time and money as well!

Waiting patiently in the queue for legal immigration for a decade and then even with dates being current there being uncertainty over when I will actually get my green card in hand has caused over the years and continues to cause a lot of stress and anxiety almost on a daily basis.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 20th day of June at Fremont, CA, California.

_____

Urvish Prakash Vanzara

## AFFIDAVIT OF VAIDEHI JITENDRA MEHTA

My name is Vaidehi Jitendra Mehta and I am a national of India. I currently live in San Antonio, Texas.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date February 14, 2013 and my I-485 receipt date is October 7, 2020. My receipt number for the I-485 application is SRC2190021147.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

We have submitted online status requests for case outside processing times for my spouses 765 and 131 application to TSC on 04/08/21. We were told to expect a response by 04/30/21 which did not happen. Another request was submitted on 05/24/21 and an email response was received 06/02/21 acknowledging that the case for I765 and I131  was outside the normal processing time but it is still under active investigation and no time-frame can be provided.We have been legally in USA since July 2009. We graduated with Doctor of Dental Medicine degrees in 2011 from Boston University. Our Green card application is pending since 02/14/2013. We have had to go through multiple visa renewals and interviews because of the delay solely based on the country of birth. We are highly qualified and have worked in undrerserved communities helping people with their dental needs. We have not been able to visit our elderly parents in India due to having to renew the visa every time we leave the country. This is especially true when our parents were battling COVID last year and we were in constant fear of losing them and we were not able to be with them as we cannot travel when out adjustment of status application is pending. This caused us emotional pain and stress.
Professionally we have our NIW application pending for more than a year now and we are not able to serve the undeserved communities because of that.
Also we have spent several thousands of dollars in renewal of visa for both myself and my spouse. We are unable to settle down without constantly fearing if for any reason our visas are not renewed. We have 2 US citizens children who call this country their home and we would love to do the same. After being in this country for 11 years, being educated in the country, paying taxes diligently the long wait is emotionally draining and everyday is a struggle. This needs to be addressed.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 19th day of June at San Antonio, Texas.

_____

Vaidehi Jitendra Mehta

# AFFIDAVIT OF VAMSHI PEECHAR

My name is Vamshi Peechar and I am a national of India. I currently live in Atlanta, GA, Georgia.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date June 2, 2011 and my I-485 receipt date is December 24, 2020. My receipt number for the I-485 application is MSC2190866046.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Requested on phone, spoke to T2 officers to get the updates on case. Also raised Service Requests four to five times. Requested through local congress woman and Senator for case enquiry. All these were done after Biometrics completed.We miss to see our Grand Parents on their last days of life. We were unable to help our parents, when they were affected by COVID. This is something we were waiting for GC from past 16 yrs of Journey. Financial and emotional stress in work and as well personal life.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 13th day of July at Atlanta, GA, Georgia.

_____

Vamshi Peechar

# AFFIDAVIT OF VAMSIDHAR BHAGAVATHULA

My name is Vamsidhar Bhagavathula and I am a national of India. I currently live in Ellicott City, Maryland.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date January 25, 2011 and my I-485 receipt date is January 12, 2021. My receipt number for the I-485 application is MSC2190619166.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

We have given our fingerprints on March 16th 2021. This was almost 90 days after we posted our application on Nov 2nd 2020. It has been over 90 days since our fingerprinting is done and there is no correspondence whatsoever from the USCIS.

Both me and my wife called USCIS after we went past the 90 days mark. Not only was it very difficult to reach a live person but the one person we finally spoke to didn't have any answers. They just asked us to wait.

It is unbelievable in this day and age to wait for something indefinitely after paying so much in fees.

We have a special needs kid who is also a US citizen, and both me and my wife have to spent a lot of time and energy for his therapies and paperwork. We can't afford job loss and/or financial hardship. Unfortunately the current status does not give us any opportunity to move or seek jobs that can help with our son's situation.

For over 15 years I have been a tax paying and law abiding person in US. It is very frustrating to know that just because I am born in a certain country and no fault of mine, I have to still wait.Waiting for 10 years for getting Green Card is putting me into depression. Just to see others who came much later than me and yet got their green cards with the only difference being the country of birth is frustrating. It is well known that a lot of job opportunities are not taking H1Bs due to fear of not getting extension. In addition to that I always thought of myself as an entrepreneur and wanted to start my own business. However the limited options available for H1B doesn't allow me to do it. I came to US when I was 28 and now at 43 my entire youth was lost waiting for my Green Card. Even now, 15 years after, everyday I go to sleep with uncertainty. If I lose my job, I lose everything and Covid situation has put a lot more stress on me. Words can't describe how someone with such uncertainty would feel. Imagine everything

you built in US can be wiped off just in a second if I just lose my job. Not to mention my dreams of being an entrepreneur are just that, dreams. What kind of American dream is this?

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 28th day of June at Ellicott City, Maryland.

_____

Vamsidhar Bhagavathula

# AFFIDAVIT OF VAMSI KRISHNA VITLA

My name is VAMSI KRISHNA VITLA and I am a national of India. I currently live in Mckinney, Texas.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date March 14, 2013 and my I-485 receipt date is October 27, 2020. My receipt number for the I-485 application is SRC2190052647.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

We have contacted USCIS several times through EMMA to find the status on biometrics but no clear response yet. Opened SR for I131 as we have been waiting in queue for over 6 monthsMy wife has started a business venture using her H4-EAD but due to delay in issuing EAD, it is under threat of closing down
We spend good amount of money to apply for US stamping in mexico and India and paying premium fees to maintain status ontime

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 21st day of June at Mckinney, Texas.

_____

VAMSI KRISHNA VITLA

# AFFIDAVIT OF VENU GOPAL KRISHNA RAJU VEJELLA

My name is VENU GOPAL KRISHNA RAJU VEJELLA and I am a national of India. I currently live in Prattville, Alabama.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date September 6, 2012 and my I-485 receipt date is October 29, 2020. My receipt number for the I-485 application is LIN2190166658.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Filing for AOS, EAD/AP after waiting for 8+ years provided great relief and renewed hopes of fulfilling the American Dream, being a part of the community that we have been contributing. To fulfil the American dream, we did not expect to sacrifice family ties and incur financial burden. Every time we had to travel out of country to visit family, as it needed visa renewals, and not knowing the timeframe, we had to make a choice of risking our employment, house, family separation, and the community ties we have in the US vs. maintaining family ties back home. During the pandemic, we were glad to be an 'Essential Manufacturing Worker' and contribute to the Country being in the front lines. The travel bans in place did not allow us to see family back home in India and grieve the loss of our loved ones in person and emotionally support our family. The filing of AOS provided a glimpse of hope to strengthen our community ties here, provide travel flexibility,
We do understand the delays caused by the pandemic, but the delay in processing is interrupting our lives, especially if the prolonged delays will result in the loss of VISA numbers, this can result in prolonged wait times for our Green Card, resulting in the inability for the dependent applicants to seek employment, loss of potential business opportunities. Having lost a lot of family to the Pandemic, the prolonged wait also puts us in emotional turmoil, risk of not getting visas to travel back to the US, which can result in loss of employment and everything we are striving for to fulfil our American Dream.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 17th day of June at Prattville, Alabama.

_____

VENU GOPAL KRISHNA RAJU VEJELLA

# AFFIDAVIT OF VIJAYA KARUMAJJI

My name is Vijaya Karumajji and I am a national of India. I currently live in Irving, Texas.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date September 1, 2010 and my I-485 receipt date is December 16, 2020. My receipt number for the I-485 application is MSC2190540838.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

After waiting a long 10 years, my priority date (Sep 1st 2010) became current. I believe, because of COVID it took 2 months to get a receipt number (I am grateful for that). Then have to wait in a limbo to get biometrics, after the biometrics, have to open two service tickets (SR11042102332MSC and Level 2 - WKD1532100940MSC) to get AP and EAD. Still no success.

Also created a SRC for I 485 (T1S1602105568MSC), I do not have any faith with tha but I'm still trying.I did my masters in computer science from the UK. Before coming to the USA, I had a lot of Hopes on my career. I strongly believe the USA is a land of opportunity, that is the main reason I left all my friends and family to build a future.  I wanted to start a business and become an entrepreneur. After landing here in 2007, I realized H1 and GC is a gamble because of uncertainty. This impacted my moral stability and strength. Now all I can do is my Job and hope for that day to become an entrepreneur. We only live once, my dream is still pending, hopefully I get some freedom.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 15th day of June at Irving, Texas.


_____

Vijaya Karumajji

# AFFIDAVIT OF VIJAY TRIPATHI

My name is Vijay Tripathi and I am a national of India. I currently live in San Antonio, Texas.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date December 7, 2011 and my I-485 receipt date is December 28, 2020. My receipt number for the I-485 application is LIN2190263453.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Last time on 06/18/2021,i did live chat with USCIS representative. I asked about my case status. She update that there is no update about my case including i-485,i-765 and i-131(including all my derivatives).In July VISA bulletin, my priority date is current for Final action date and as per discussion, case is still pending. I asked about are they issuing any RFE related to medical or any, She updated that there is no update and case is still pending. Its been almost 6 months and our biometric done but after that, no progress in our case. I have been here in united states from last almost 13 years and from last 10 years, waiting for my GC process done. One of my kid is US citizen and elder son is in middle school and representing the school as one of the best kids in Academics (GT kids. My son shortlisted as Broadcom master US national level) and waiting for our freedom from VISA. My wife is Breast cancer survivor and looking to get our case processed so that we could enjoy the freedom and contribute  in US economy more efficiently and freelyI have been in USA for last 13 years and for last 10 years, waiting for our Green process completed. I have  two kids(One of them is US citizen).In 2018,i bought house. I am paying mortgage and all taxes as US citizen. My Wife is Breast cancer survivor and treatment still going on. My son and daughter are doing exceptionally well (They are into Gifted talented program, My son shortlisted for Science Broadcom masters National level) in Academics. As a single earner, For looking after my family financially and emotionally, it is really important to get my green card in this financial year. Being on Nonimmigrant visa  is  affecting our daily life mentally, physically and emotionally very badly. Due to limitation on H1b visa, not able to get dream work and it affect my financial situation as well. I have so many ideas to open new business but not able to implement right now. My wife is breast cancer servitor (treatment still going on)  and can not work based on her ability freely(I and my wife both are Masters education wise) . We can not meet our family  when needed and not able to care my family effectively. Getting better life for us in USA, It is really very important to get Green card in this financial year.
Thank You

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 21st day of June at San Antonio, Texas.

_____

Vijay Tripathi

## AFFIDAVIT OF VINEETHA KALVAKUNTA

My name is Vineetha Kalvakunta and I am a national of India. I currently live in Hyderabad, India.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date April 20, 2012 and my I-485 receipt date is October 29, 2020. My receipt number for the I-485 application is LIN2190138742.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

placeholder

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of June at Hyderabad, India.



_____

Vineetha Kalvakunta

# AFFIDAVIT OF VINOD VIJAYARAJAN

My name is Vinod Vijayarajan and I am a national of India. I currently live in Longmont, Colorado.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date March 16, 2012 and my I-485 receipt date is October 30, 2020. My receipt number for the I-485 application is MSC2191042173.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I spoken to USCIS Customer Service via EMMA several times over the last few months to determine if there has been any progress with the AOS application, the concurrently filed I-140 or even biometrics for the I-765/I-131 applications. Neither the wife (who is on a derivative application) nor I have had our biometrics scheduled or any indication that anything prior would be reused.My priority date is in March 2012. Since that time, I've languished in the queue, needing H1B renewals every 3 years, with the resulting need to always include a day visit to the consulate in Chennai, India everytime I travel to India.
I've been fortunate to be with a good employer, but everytime there is a whiff of layoffs or any restructing in the organization, my "status" in the United States becomes the source of all worries and subsequent decision-making. I have been here since 2010, my daughter was born here and we've made our life here for a good decade, but all that could go up in smoke due to the continued reliance on my H1B to keep us here. I cannot easily move jobs or relocate; despite skills, talent and interest, I cannot pursue any other venture or vocation and must hang to my job for dear life, so our residence in the US isn't impacted.
International travel is always constrained by the needs of the visa/status - I cannot visit my parents as often as I'd like to, when I do, I need to take time out to spend a couple of precious days in Chennai to obtain a visa stamp.
Despite a decade of residence here, a priority date in 2012, owning houses, contributing to the economy and the local community, the foundation of all this is still a visa. The lack of surety and the consequent lack of/inability to pursue options takes a daily toll on our lives.
Amidst all this, our priority date is current and there is a chance to finally secure the foundation, but the delays at USCIS mean that the really once-in-a-lifetime chance may be lost to bureaucratic, abnormal delays.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 22nd day of June at Longmont, Colorado.

_____

Vinod Vijayarajan

# AFFIDAVIT OF XIAO YU

My name is Xiao Yu and I am a national of China. I currently live in Princeton, New Jersey.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date August 29, 2019 and my I-485 receipt date is November 2, 2020. My receipt number for the I-485 application is MSC2190740691.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

10/30/2020 - AOS package sent to USCIS
11/02/2020 - AOS package received by USCIS
12/10/2020 - Email inquiry sent to LockboxSupport@uscis.dhs.gov regarding not receiving the AOS receipts within 30 days of receipt; got no response
12/2020 ~ 02/2021 - multiple communications with Ask Emma regarding not receiving the AOS receipts
02/11/2021 - got my spouse's I-485 receipt number through Ask Emma
02/13/2021 - all AOS receipts received in mail
03/25/2021 - biometrics appointment notices received in mail
04/13/2021 - biometrics appointment done

No further update/action after 04/13/2021
- Family separation between our families in China and us (my spouse and me), and consequent emotional pain
My spouse and I have not got the chance to travel back to China and visit our families for years, fearing for the previous administration's tightened visa policy over the worsened US-China relation delaying and/or denying our opportunities back in the US. With the pandemic and its derived travel restrictions between US and China, it is even harder for us to travel back to China and come back when our adjustment petitions are not being adjudicated in a timely manner.

In my case, there is an imperative need for me to visit my family in the near future, because my grandfather's health has been deteriorating in recent months and may already be in his final days. He is missing me very much and I would like to visit him for the last time. I already skipped my grandmother's funeral in June of last year due to the pandemic and travel restrictions, and I do not want to miss the chance to say farewell to my grandfather. However, without a green card I would suffer significant financial loss and possible job loss from the travel. I am currently on H1B and my AP application is still pending. As Presidential Proclamation 9984 still remains in effect, it is not possible for me to apply for an H1B visa in China and travel back to US to continue my job here in a reasonable amount of time. It is an emotionally torn situation between

my career prosperity and my last chance to see my grandfather.

In my spouse's case, he desperately want to visit his parents in the near future, since they haven't meet for four years. His maternal grandfather also passed away in December 2020 after we have filed our AOS petitions, and he was not able to say farewell to his grandfather, and comfort his mother at that difficult time.

- Family separation between my spouse and me, and consequent health risks, expenses, emotional pressures

My spouse and I used to live together in North Carolina when we were both attending NC State. Then I graduated in 2018 and relocated to New Jersey to pursue my career as a research scientist in cybersecurity, while my spouse is still doing his schoolwork at NC State. As my spouse is still on F1, it is imperative for him to maintain full-time enrollment, meaning that he cannot permanently move with me and still has to remain in North Carolina for various essential school activities, except for temporarily visiting me once in a while. We did not change his status to H4 because I just became H1B in October 2020 and we filed our AOS petitions together shortly after, expecting that the petitions would be adjudicated in a reasonable amount of time and then he could switch to be a part-time student and relocate to live with me together. That would save us on both his tuition and rent in North Carolina, plus regular travel expenses. However, due to USCIS' significant delays in adjudicating AOS cases (and H4 EAD cases as well) combined with the pandemic, we have had to face extra health risks and expenses in traveling between North Carolina and New Jersey, as well as emotional pressures for not being able to keep staying together.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 20th day of June at Princeton, New Jersey.


_____

Xiao Yu

# AFFIDAVIT OF YANGZHI LU

My name is Yangzhi Lu and I am a national of China. I currently live in San Jose, California.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date July 10, 2017 and my I-485 receipt date is October 30, 2020. My receipt number for the I-485 application is LIN2190178606.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I contacted USCIS through the online chat with Emma for I485/I765/I131 case updates every week or so since March 2021 but Emma keeps asking me to wait and citing COVID-19 delay in the ASC but without any solution that USCIS is trying to improve the processing time. I have been in the queue for around 8 month now.

I submitted service requests for my I765 (LIN2190178607) and I131 (LIN2190178608) in April 2021 when they were out of normal processing time. The request IDs are SR11022103622NSC and SR11022103662NSC but I was told on April 24th 2021 that they needed more time to process 2 cases and I could call them 60 days later.

There was an increase in the I765 processing time and and after one and a half month my I765 application was (and is as of writing) out of normal processing time again. I submitted service requests for my I765 (LIN2190178607) and I131 (LIN2190178608) in May 2021 with IDs SR11522100110NSC, and SR11522100113NSC, respectively. So far I am still waiting for the response.

On June 11th, 2021, I submitted the expedite request for I765 with request ID T1S1622103475NSC and reason of financial loss to person but it was denied later by USCIS.

I have no idea how long USCIS will continue to delay the case but clearly I don't see anything USCIS is doing to improve the current situation except that it keeps asking people to wait.I have not been able to travel to China to meet my parents for the last 7 years. Shortly after Trump took office back in 2016, the relationships between China and USA went downhill. H1Bs visas application took too long to approve for Chinese applicants and I could risk losing my job if I leave US for a break with my family. With that background, I even chose not to do a business trip to Italy at my previous employer.

As a Chinese in queue for green card, my employer has been renewing H1B every 3 years keep me in lawful status.

I have my I485 application filed on the Oct 30th 2021 and I hope that I can get the green card with the a spill-over of green card quota reducing the wait time for Chinese applicants, and therefore there would not be so much of a barrier for me to visit my parents and further my career.

Based on the description above, you can see that the long wait time for green card creates troubles and pains in family visiting and career opportunities. I really hope that USCIS can take full advantage of existing quota for employment based immigration for FY2021.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 21st day of June at San Jose, California.

_____

Yangzhi Lu

## AFFIDAVIT OF YOGESH MULAY

My name is Yogesh Mulay and I am a national of India. I currently live in Malvern, Pennsylvania.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date October 12, 2011 and my I-485 receipt date is November 9, 2020. My receipt number for the I-485 application is SRC2190163014.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

I haven't honestly made any efforts besides my premium filing to which was rejected coz of missing my old perm ETA-9089.Need to carry loads of documents if I have to go for stamping of which I could not get stamped for multiple reasons. Fear of not being able to come back & having to settle my houses if I leave the country. I have so much invested here with time/efforts / financially that I have always lived in fear & uncertainty inn such a beautiful nation.

My daughter was raised here right from her Kindergarten & her status is equally tied with mine. There is always a fear that she might get deported after the age of 21. I have paid taxes for all the years I have lived here.

Keep paying money for premium processing to keep my status up2date.

have been disconnected from families abroad everywhere due to these Visa issues & delays. Now that my dates are current & legally I should get my Green Card too but these processing delays & spilling numbers that will go waste will further delay this for us.

Cannot change jobs no matter what even if I am qualified for some & how we get treated & exploited.

Definitely lost business opportunities, career setbacks due to lack of status & now i fear my daughter will also have to go through the same

My daughter has to be in the same boat. She won't get scholarships as other kids around her will due to lack of status. She wouldn't get grants/recommendations & even if she would it will not be honored.

Need of paying full fees while she gets into college in next 2 years as opposed to her other colleagues. While money is a different concern.

I also dont understand the EB1 & L1A visas BIG BIG loophole. How does a manager from India having 6 or more resources reporting to him & may have served in the company for 1 year at offshore gets higher preference than Speciality occupation Visa such as EB2 & EB3. Moreover, he becomes eligible for a case of EB1 the day 1 he hits the ground in the USA. I mean what special qualifications he has to get such a benefit. When at 16 this country gives a driving permit to a kid here who can manage his own vehicle that does mean she is a manager of her own plus the number of people she carries with her in her / his car. I have been waiting for an opportunity to file a lawsuit against such loopholes & i am a personal victim of this situation while my same that manager is a citizen here now. I say this coz his daughter gets all the benefits while mine is deprived of. I cannnot do anything feel so helpless/frustrated & would love to see USCIS stop this ASAP. I can't voice this out being o at a stage in my life where my daughter's future is most important & any wrong step I take would cause an impact to her career.

Physically i have aged out thinking for the past 15 Years about where should I go as all of these delays keeps me in a limbo situation for not only me for my entire family ... I am neither  here nor there.

My Mom passed away here & I have to go to India & settle my issues there which she has left them behind. I have no one to look for my issues there. Dad being old & back home in India he can't handle either. It's pretty frustrating to put yourself in my situation & see how you feel.

While certain countries which have caused impact to this nation big big time & its citizens even they get higher priority than us & they to get settled ahead of us. Then why not people like us. This is a ridiculous, unethical, biased, discriminated & unreliable immigration system for which country of birth matters the most.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 11th day of June at Malvern, Pennsylvania.

_____

Yogesh Mulay

# AFFIDAVIT OF YUANNAN CAI

My name is Yuannan Cai and I am true. I currently live in East Palo Alto, California.

I am the beneficiary of a pending or approved I-140 and I have filed an I-485 adjustment of status application. My priority date is  and my I-485 receipt date is October 29, 2020. My receipt number for the I-485 application is LIN2190135690.

USCIS took many months to even receipt my application and their current published processing times show it to be extremely unlikely they will adjudicate my case before September 30, 2021. It is possible the visa numbers allocated for this year will go to waste which could mean my wait becomes much longer.

This delay has been extremely frustrating, and honestly has caused us to suffer a great deal of harm.

Dec 2020 - Asked Emma on uscis.gov several times about the issuance of receipts, at which time there was huge delay on The Texas lockbox facility.
04/09/2021 - Reached out to Emma on uscis.gov about I765 out of processing service request. Received email reply: The status of this service request is: U.S. Citizenship and Immigration Services (USCIS) records show your case is in line to be reviewed by an officer. We ask that you allow additional time for this process to take place since we process these cases in the order received. If after 60 days you have not received anything in the mail, please contact the USCIS Contact Center at the number provided below.Family separation - everyone is already suffering from COVID-19 and the AOS delay only gets it worse. We were not able to travel even family member was lost due to COVID in China. Things don't get any better after COVID. Even though world is re-opening, because we have stuck in the EB AOS backlog for long time, my visa has expired. We still cannot travel.
Losing job - my wife's H1B is expiring and also her passport is expired. If we can't get the 485 adjudicated before the H1B expiration, she's not able to travel to get new H1B visa because of China travel ban.
Emotional pain - emotional pain is hard to quantify but it hurts the most. The years of delay leave us in an unknown status. Everyday, we worry about our legal immigration status and work eligibility.

I declare under penalty of perjury according to the laws of the United States that the statements above are true and correct.

Executed this 27th day of May at East Palo Alto, California.

_____

Yuannan Cai