# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ATREYI CHAKRABARTI, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. PJM-21-1945 |
| | * | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | ******** | |

## DECLARATION OF Rishiram Lekhram

I, Rishiram Lekhram, hereby declare under penalty of perjury, as follows:

1. I, Rishiram Lekhram, am currently employed by the U.S. Department of Homeland Security ("DHS"), U.S.Citizenship and Immigration Services ("USCIS") as an Adjudications Officer of the Humanitarian, Adjustment, Removing Conditions, TRIG and Travel Division (HART) branch of the Adjudications Division within the Office of Service Center Operations of USCIS located in Camp Springs, Maryland. I am responsible for overseeing the adjudication of employment-based Forms I-485, Application to Adjust Status ("Form I-485" or "I-485 adjustment application"), at the USCIS Service Centers. In that capacity, I am authorized to have access to and to search the physical and electronic records associated with the adjudications that are conducted at the USCIS Service Centers including the adjudication of employment-based Forms I-485. While I oversee the processing and have access to information regarding employment-based Forms I-485, I am not involved in the actual adjudication of the applications, which takes place at the Service Centers located in Lincoln, NE and Irving, TX. The following declaration is based on my personal knowledge and information acquired in my official capacity and in the performance of my official functions as well as upon reasonable inquiry of appropriate DHS databases and personnel regarding employment-based I-485 adjustment applications.

2. I submit this declaration in order to provide an overview of the processing times of the employment-based Form I-485 applications at the Texas Service Center ("TSC") and the Nebraska Service Center ("NSC"). I am also attesting to the validity of the information contained in the chart found at Appendix 1.

3. At the time of the signing of this declaration, the current processing times for Employment Based Form I-485s at the Texas Service Center is 24.5 months to 62.5 months. The current USCIS processing times can be found at: https://egov.uscis.gov/processing-times/ (last visited September 1, 2021).

4. The current published processing times for Employment Based I-485s at the Texas Service Center include applications outside of the ordinary course, such as applications for which a visa is not currently available. After removing these applications from the calculations, the Texas Service Center estimates that improved processing times of approximately 9.5 to 21.5 months will likely be posted in September 2021.

5. At the time of the signing of this declaration, the current processing times for Employment Based Form I-485s at the Nebraska Service Center is 11 months to 23 months. The current USCIS processing times can be found at: https://egov.uscis.gov/processing-times/ (last visited September 1, 2021).

6. The processing time methodology, as explained on the USCIS processing times web page, is the number of months that have elapsed between the date the agency received the application, petition, or request and the date the agency completed it, i.e., when it was approved or denied for all cases for a specific form in a given month. Processing times are presented in a range of months. The lower value of the range is the time it took the agency to adjudicate 50% of their cases. The upper value of the range is the time it took the agency to complete 93% of their cases. https://egov.uscis.gov/processing-times/more-info (last visited September 1, 2021).

7. The information that USCIS uses in the course of setting the fee schedule to cover the cost of providing adjudication and naturalization services is a separate process unrelated to the calculation of USCIS's processing times described above.

8. The chart included at Appendix 1 includes the following information about the plaintiffs with applications pending adjudication or adjudicated at the TSC and NSC: plaintiff's name, Alien Number, I-485 receipt number, filing date of the I-485, location of adjudicating USCIS office, and I-485 status.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

_September 02, 2021_
DATE

[signature]
Rishiram Lekhram
Adjudications Officer, USCIS SCOPS
Camp Springs, Maryland

**Appendix I**

## NSC Plaintiffs/Applications

| NAME | A Number | 485 Receipt Number | Filing Date | Application Status |
|---|---|---|---|---|
| Shreedhar Reddy ADAPA | A206818057 | LIN2190115744 | 10/28/2020 | pending |
| Moinuddin AHMAD | A205951096 | LIN2190175396 | 10/30/2020 | pending |
| Santhil Anand BALAKRISHNAN | A208049129 | LIN2190128979 | 10/27/2020 | pending |
| Somdatta BANERJEE | A205565631 | LIN2190148480 | 10/29/2020 | pending |
| Rohit BANSAL | A206988001 | LIN2190044653 | 10/15/2020 | pending |
| Kavitha BHASKARAN | A205563316 | LIN2190140225 | 10/30/2020 | pending |
| Prashant BHIDE | A205556257 | LIN2190262338 | 12/8/2020 | pending |
| Yuannan CAI | A216535854 | LIN2190135690 | 10/29/2020 | RFE response received 8/17/21 |
| Venkat CHAKRAVARTHY | A208488914 | LIN2190055183 | 10/20/2020 | pending |
| Dasaratha Raman CHANDRAMOULI | A205799081 | LIN2190189602 | 10/30/2020 | pending |
| Anahit CHEEMA | A206754865 | LIN2190140639 | 10/29/2020 | pending |
| Ranjit CHITTIBABU SURIYA | A205963959 | LIN2190131365 | 10/29/2020 | pending |
| Avinash Varma DATLA | A208046551 | LIN2190041567 | 10/9/2020 | pending |
| Mallikarjuna DATLA | A205799249 | LIN2190105704 | 10/27/2020 | pending |
| Soumyarupa DE | A206744775 | LIN2190185835 | 10/30/2020 | pending |
| Balaji DHANASEKARAN | A208045246 | LIN2190096613 | 10/28/2020 | pending |
| Sreekanth DHANEKULA | A205562113 | LIN2190217228 | 11/5/2020 | pending |
| Jeevan GAMBHIR | A206820826 | LIN2190050230 | 10/16/2020 | pending |
| Asheesh GANDHI | A206590130 | LIN2190051140 | 10/26/2020 | pending |
| Jing HUANG | A215832389 | LIN2190107215 | 10/28/2020 | pending |
| Lakshmi ISUKAPALLY | A208040732 | LIN2190156290 | 10/29/2020 | pending |
| Manpreet JAMMU | A205326194 | LIN2190070140 | 10/23/2020 | pending |
| Ajay JOGLEKAR | A208231596 | LIN2190159482 | 10/29/2020 | pending |
| Satish KADAM | A205565633 | LIN2190174631 | 10/30/2020 | pending |
| Vineetha KALVAKUNTA | A205331909 | LIN2190138742 | 10/29/2020 | pending |
| Praveen KANNEGANTI | A205450039 | LIN2190162630 | 10/29/2020 | pending |
| Srividya KASTURI | A205566354 | LIN2190059260 | 10/22/2020 | APPROVED. |
| Hemant KATARIA | A208432682 | LIN2190124169 | 10/29/2020 | pending |
| Akshay KAWALE | A201002635 | LIN2190173148 | 10/30/2020 | pending |
| Sachin KHANDEKAR | A202163746 | LIN2190117444 | 10/28/2020 | pending |
| Bhargav KOSARAJU | A205563215 | LIN2190217297 | 11/5/2020 | pending |
| Manish KOSARAJU | A205674422 | LIN2190077567 | 10/26/2020 | pending |
| Vivek KOTA | A206989413 | LIN2190088093 | 10/27/2020 | pending |
| Saurabh KUMAR | A208037728 | LIN2190112268 | 10/28/2020 | pending |
| Naveen LAKAMSANY | A206037454 | LIN2190061362 | 10/22/2020 | pending |
| Abhishek LAL | A206037729 | LIN2190218457 | 11/4/2020 | pending |
| Aniruddha Ashokkumar LAUD | A206593573 | LIN2190046236 | 10/15/2020 | pending |
| Langzhi LU | A216530286 | LIN2190178606 | 10/30/2020 | pending |
| Qiming MA | A201327771 | LIN2190144507 | 10/30/2020 | pending |
| Anil MALLU | A205107590 | LIN2190153629 | 10/29/2020 | pending |
| Praveen Kumar MANTHRI | A204759575 | LIN2190060921 | 10/21/2020 | pending |
| Vishal MARNENI | A206041073 | LIN2190072662 | 10/26/2020 | pending |

| Name | A-Number | Receipt | Date | Status |
|---|---|---|---|---|
| Aayushman MISRA | A205824355 | LIN2190179427 | 10/30/2020 | pending |
| Abhishek NAIK | A202166645 | LIN2190057267 | 10/21/2020 | pending |
| Harpreet Singh NANRHAY | A205561096 | LIN2190232694 | 11/4/2020 | Pending. |
| Mahesh Manjunath NAYAK | A208427062 | LIN2190192168 | 10/30/2020 | pending |
| Nikhil NILAKANTAN | A219729171 | LIN2190115292 | 10/28/2020 | pending |
| Nikhil ORGANTI | A205951075 | LIN2190145496 | 10/30/2020 | pending |
| Arun PARTHASARATHY | A206755238 | LIN2190243955 | 11/9/2020 | pending |
| Pankaj Kumar PATHAK | A208422893 | LIN2190055414 | 10/21/2020 | pending |
| Parag PATIL | A206585313 | LIN2190194056 | 10/30/2020 | pending |
| Lakshmi Sri Sai Sud PINDIPROLU | A206754936 | LIN2190120618 | 10/28/2020 | pending |
| Urvish PRAKASH VANZARA | A205336330 | LIN2190205278 | 11/2/2020 | pending |
| Ramesh Kumar RAJAN | A202169190 | LIN2190099364 | 10/29/2020 | pending |
| Sandeep REPAKA | A088820465 | LIN2190236645 | 11/25/2020 | pending |
| Shehbaz Ali Makhdo SAIYED | A206748195 | LIN2190215014 | 11/4/2020 | pending |
| Dhaval SHAH | A205371662 | LIN2190138701 | 10/30/2020 | pending |
| Jani SHAIK | A205790672 | LIN2190051890 | 10/20/2020 | pending |
| Gagan Krishangopa SHARMA | A208635566 | LIN2103350581 | 10/2/2020 | pending |
| Jayesh SHARMA | A205327414 | LIN2190218345 | 11/4/2020 | pending |
| Rong SHEN | A215691156 | LIN2190104134 | 10/29/2020 | pending |
| Thulasiraman SRINIVASAN | A205951042 | LIN2190187518 | 10/30/2020 | pending |
| Sameer Prakash TEJANI | A205792640 | LIN2190111717 | 10/28/2020 | pending |
| Manjunath TERIKERE CHIKKANNA | A205792428 | LIN2190153755 | 10/29/2020 | pending |
| Ramesh TIRUMALA | A208420197 | LIN2190182360 | 10/30/2020 | pending |
| Vijay TRIPATHI | A205370225 | LIN2190263453 | 12/28/2020 | pending |
| Kalyan TUMMALA | A201003955 | LIN2190097252 | 10/26/2020 | pending |
| Raj UPARKAR | A206589974 | LIN2190090403 | 10/27/2020 | pending |
| Aditya VARMA | A205332335 | LIN2190119790 | 10/28/2020 | APPROVED. |
| Venu Gopal Krishnam Raju VEJELLA | A205695039 | LIN2190166658 | 10/29/2020 | pending |
| Yashwanth VEMPATI | A205557915 | LIN2190176502 | 10/30/2020 | pending |
| Maynak VERMA | A206744415 | LIN2190239025 | 11/24/2020 | pending |
| Rohan WALI | A206820830 | LIN2190049185 | 10/16/2020 | pending |
| Pavan WALVEKAR | A201014894 | LIN2190151912 | 10/29/2020 | pending |

## TSC Plaintiffs/Applications

| Name | A-Number | Receipt | Date | Status |
|---|---|---|---|---|
| Atreyi Chakrabarti | A087379679 | SRC1290203082 | 3/12/2012 | Approved 9/1/2021 |
| Sirish Babu Telukuntla | A200983943 | SRC2190089533 | 10/29/2020 | Pending |
| Kamlesh Kumar | A201005297 | SRC2190119228 | 11/2/2020 | Pending |
| Hemantha Chinnadurai | A201012566 | SRC2190103840 | 10/29/2020 | Pending |
| Prabhu Samyukth Ankala | A201012833 | SRC2190064534 | 10/27/2020 | Pending |
| Chitharanjan Cheruku | A201075643 | SRC2190083887 | 10/29/2020 | Pending |
| Asif Shah | A201131229 | SRC2190092641 | 10/29/2020 | Pending |
| Sathiraju Undavalli | A201655883 | MSC2190669046 | 10/29/2020 | Pending |
| Tushar Shah | A205030034 | SRC2190038547 | 10/23/2020 | Pending |
| Bhavik Ahir | A205089657 | SRC2190071957 | 10/28/2020 | Pending |
| Yogesh Mulay | A205101401 | SRC2190163014 | 11/9/2020 | Pending |

| Name | A-Number | Receipt | Date | Status |
|---|---|---|---|---|
| Saravanan Ranganathan | A205101453 | SRC2190056400 | 10/29/2020 | RFE Issued |
| Veera Venkata Rama Rao Kasula | A205104154 | SRC2190100035 | 10/30/2020 | Pending |
| Kanwar Singh | A205111983 | SRC2190120433 | 11/4/2020 | Pending |
| Ravi Alla | A205330388 | SRC2190038123 | 10/23/2020 | Pending |
| Ramlok Dommaraju | A205362189 | SRC2190057714 | 10/27/2020 | Pending |
| Sabarinath Navaneethakrishnan | A205365252 | SRC2190084780 | 10/29/2020 | Pending |
| Naren Uppuluri | A205365436 | SRC2190063688 | 10/28/2020 | Pending |
| Vipin Saini | A205365637 | SRC2190027579 | 10/19/2020 | Pending |
| Hari Prakash Marappan | A205365861 | SRC2190065407 | 10/28/2020 | Pending |
| Karthikeyan Manamcheri Sukumar | A205371523 | SRC2190044225 | 10/26/2020 | Pending |
| Sachin S. Kivlekar | A205371566 | SRC2190091067 | 10/29/2020 | RFE Issued |
| Deepak Khemka | A205627170 | SRC2190067828 | 10/28/2020 | Pending |
| Ankur Shah | A205681927 | SRC2190038979 | 10/23/2020 | Pending |
| Pardeep Kumar | A205682268 | SRC2190039186 | 10/23/2020 | Pending |
| Sudhin Justin | A205682466 | SRC2190064006 | 11/16/2020 | Pending |
| Anand Diggikar | A205685789 | SRC2190044990 | 10/26/2020 | Pending |
| Abraham Kulungara | A205695147 | SRC2190081637 | 10/29/2020 | Pending |
| Sudheer Reddy Guntaka | A205696011 | SRC2190091428 | 11/2/2020 | Pending |
| Pritish Madhavan | A205798223 | SRC2190058425 | 10/27/2020 | Pending |
| Atchuytaramkumar Pachigolla | A205818061 | SRC2190030784 | 10/21/2020 | Pending |
| Mahesh Reddy Peddamail | A205960197 | SRC2190065102 | 10/28/2020 | Pending |
| Mohan Abburu | A205964251 | SRC2190076328 | 10/29/2020 | Pending |
| Shruti Khokha | A205968132 | SRC2103050702 | 10/30/2020 | Pending |
| Anil Kumar Jain | A206109325 | SRC2190046827 | 10/28/2020 | Pending |
| Tejvarun Garlapati | A206111372 | SRC2190026714 | 10/13/2020 | Pending |
| Ritesh Basatwar | A206119609 | SRC2190069342 | 10/29/2020 | Pending |
| Karthik Sundaresan | A206120799 | SRC2190130540 | 11/12/2020 | Pending |
| Vaidehi Mehta | A206121440 | SRC2190021147 | 10/7/2020 | Pending |
| Vamsi Krishna Vitla | A206127828 | SRC2190052647 | 10/27/2020 | Pending |
| Mallikarjuna Rao Galla | A206382388 | SRC2190101379 | 10/30/2020 | Pending |
| Venkata Chandra Bo Ganta | A206385327 | SRC2190116130 | 11/2/2020 | Pending |
| Sreerama Kumar Pavani | A206393247 | SRC2190140823 | 11/27/2020 | Pending |
| Vasanth Nemala | A206593177 | SRC2190028751 | 10/20/2020 | Pending |
| Rasik Ravikant Sheth | A206605307 | SRC2190161531 | 12/30/2020 | Pending |
| Karthik Dasari | A206607937 | SRC2190031346 | 10/20/2020 | Pending |
| Srinivasa Jampana | A206614824 | SRC2190103577 | 10/29/2020 | Pending |
| Murali Krishna Reddy Konda | A206620790 | SRC2190066902 | 10/28/2020 | Pending |
| Avanthi Katragadda | A206751764 | SRC2190054392 | 10/27/2020 | Pending |
| Laxmi Narasimha Ra Kukkadapu | A206809140 | SRC2190062493 | 10/27/2020 | Pending |
| Abhaya Sahoo | A206812189 | SRC2190049300 | 10/27/2020 | Pending |
| Jagadeesh Lakshmi Doddapaneni | A206813540 | SRC2190029450 | 10/20/2020 | Pending |
| Krishna Vempati | A206813624 | SRC2190067171 | 10/28/2020 | Pending |
| Nikhil Nemade | A206814558 | SRC2190029036 | 10/20/2020 | Pending |
| Srinivasa Babu Manam | A206816353 | SRC2190071689 | 10/30/2020 | Pending |
| Akhilesh Gupta | A206818204 | SRC2190080498 | 10/29/2020 | Pending |
| Sagar Kale | A206818953 | MSC2191236484 | 10/23/2020 | Pending |
| Avinash Dasari | A206826987 | SRC2190065814 | 10/28/2020 | Pending |

| Name | A Number | SRC Number | Date | Status |
|---|---|---|---|---|
| Sujay Shyamsundar Kulkarni | A206934980 | SRC2190044191 | 10/26/2020 | Pending |
| Karthik Vasudevula | A206936712 | SRC2190134524 | 11/20/2020 | Pending |
| Anil Kumar Gupta | A206970555 | SRC2190051648 | 10/27/2020 | Pending |
| Sagar Samaria | A206974601 | SRC2190042681 | 10/26/2020 | Pending |
| Sai Kumar Karre | A208390786 | SRC2190067158 | 10/28/2020 | Pending |
| Nitin Sindhwani | A208401467 | SRC2190035814 | 10/23/2020 | Pending |
| Sujir Pritha Nayak | A208706944 | SRC2190039385 | 10/26/2020 | Pending |
| Chaithanya Botta Krishna | A208771403 | SRC2190093366 | 10/29/2020 | Pending |
| Manasi Ghatpande | A215504052 | SRC2190110922 | 10/30/2020 | Pending |
| Yu Cao | A215625012 | SRC2190086849 | 10/29/2020 | Pending |
| QianQian MU | A215795968 | SRC2190084422 | 10/29/2020 | Pending |
| Naiqing Gu | A216157807 | SRC2190024707 | 10/16/2020 | Pending |
| Pengfei Wu | A216367188 | SRC2190117550 | 11/2/2020 | Pending |
| Sri Hari Babu Sheri | A218007499 | SRC2190100107 | 10/30/2020 | Pending |
| Rama Narayana Raj Uddaraju | A206830699 | SRC2190054215 | 10/29/2020 | Pending |
| Amit Uppal | A205354954 | SRC2190136145 | 11/23/2020 | Pending |