# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHAKRABATI, ET AL., | |
| PLAINTIFFS, | |
| V. | Civil Action No.: 21-CV-01945 |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL., | |
| DEFENDANTS. | |

## **DECLARATION OF ROBERT BLACKWOOD**

I, Robert Blackwood, hereby declare under penalty of perjury, as follows:

1. I, Robert Blackwood, am currently employed by the U.S. Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("USCIS") as the Assistant Center Director at the National Benefits Center responsible for overseeing the adjudication of employment-based Forms I-485, Application to Adjust Status ("Form I-485" or "I-485 adjustment application"). In that capacity, I am authorized to have access to and to search the physical and electronic records associated with the adjudications that are conducted at the National Benefits Center including the adjudication of employment-based Forms I-485. While I oversee the processing of employment-based Forms I-485 at the National Benefits Center, I am not involved in the actual adjudication of the applications, which takes place at the National Benefits Center in Overland Park, Kansas as well as field offices throughout the United States. The following declaration is based on my personal knowledge and information acquired in my official capacity and in the performance of my official functions as well as upon reasonable inquiry of appropriate DHS databases and personnel regarding employment-based I-485 adjustment applications.

2. The National Benefits Center is a central pre-processing facility located in Lee's Summit, Missouri and Overland Park, Kansas for immigration forms requiring field office interviews. Employment-based Forms I-485 are processed in the Overland Park, Kansas location. In the case of employment-based Forms I-485, if the initial review does not result in a denial on the face of the application, and if an interview is required, it is then relocated to the field office with jurisdiction over the adjudication. At that point, the processing time of the field office applies. For field office processing times, please visit https://egov.uscis.gov/processing-times/.

3. I submit this declaration to attest to the validity of the information contained in the chart found at Appendix 1.

4. The chart included at Appendix 1 includes the following information about the plaintiffs with applications pending adjudication or adjudicated at the National Benefits Center and field offices: plaintiff's name, I-485 receipt number, filing date of the I-485, location of adjudicating USCIS office, and I-485 status.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

_____  
DATE

ROBERT L BLACKWOOD  
Digitally signed by ROBERT L BLACKWOOD  
Date: 2021.09.01 13:59:21 -05'00'

Robert Blackwood  
Assistant Center Director  
National Benefits Center  
Overland Park, Kansas

| Plaintiff Number | Name of plaintiff | A number | Receipt number | Location of application | Receipt date | Case Status | COA | COC |
|---|---|---|---|---|---|---|---|---|
| 1 | Peechar Vamshi | A201269358 | MSC2190866046 | ATL | 12/24/2020 | Pending | E31 | India |
| 2 | Nirmal Munuswamy Ramalingam | A200855975 | MSC2190289803 | DEN | 10-22-2020 | RFE issued; Sup J confirms job offer of E21 petition | E21 & E32 | India |
| 3 | Paniwala Aiyaz | A201081499 | MSC2190513619 | DEN | 10-27-2020 | RFE issued | E21 | India |
| 4 | Sunitha Giridharan | A205332793 | MSC2190719968 | JAC | 11-12-2020 | RFE issued | E32 | India |
| 5 | Syam Kavala | A200992370 | MSC2190660032 | LAC | 11/03/2020 | Approved 8/21/21 | | |
| 6 | Xiao Yu | A219758950 | MSC2190740691 | MTL | 11/02/2020 | Approved 8/24/21 | | |
| 7 | Praveen Balaji | A088574649 | MSC2190361625 | SFR | 10-29-2020 | Pending | E21 | India |
| 8 | Senthil Ramaiyah | A088701873 | MSC2190067026 | NBC | 10/02/2020 | Pending | E21 | India |
| 9 | Parminder Singh | A088703138 | MSC2190448013 | SFV | 10/02/2020 | Pending | E21 | India |
| 10 | Kiran Sasidharan Pillai | A200980692 | MSC2190358739 | In transit to NRC | 10/23/2020 | Approved 8/3/21 | | |
| 11 | Santosh Kumar Kancha | A200994460 | MSC2190219148 | NBC | 10/23/2020 | Approved 8/11/21 | | |
| 12 | Saravanan Kathirvelu | A201088346 | MSC2190224092 | WAS- in transit to CLT | 10/20/2020 | Pending | E21 | India |
| 13 | Vamsidhar Bhagavathula | A201259610 | MSC2190619166 | NBC | 11/02/2020 | Pending | E21 | India |
| 14 | Satyanarayana Pusapati | A201265437 | MSC2190324933 | MEM | 10/21/2020 | Pending | E21 | India |

| Plaintiff Number | Name of plaintiff | A number | Receipt number | Location of application | Receipt date | Case Status | COA | COC |
|---|---|---|---|---|---|---|---|---|
| 15 | Rajul Teredesai | A205109631 | SRC2190068987 | NBC | 10/28/2020 | Pending | E32 | India |
| 16 | Raghavi Priya Rasetty | A206743759 | MSC2190184512 | NBC | 10/16/2020 | Pending- | E31 | India |
| 17 | Jatin Bhasin | A208040474 | MSC2091698186 | STA | 09/01/2020 | Approved 8/31/21 | E13 | India |
| 18 | Lakshmi Uma Sankar Samudrala | A208246066 | MSC2190420189 | NBC | 10/29/2020 | Regressed Visa | E32 | India |
| 19 | Dhritman Sagar | A208383935 | MSC2191488183 | NBC | 10/29/2020 | Pending | E32 | India |
| 20 | Mohammad Ershad Shaik | A208405497 | SRC2190072547 | NBC | 10/28/2020 | Pending | E32 | India |
| 21 | Majid Abdul | A208424554 | MSC2190376910 | NBC | 10/27/2020 | Regressed Visa | E32 | India |
| 22 | Kiran Kumar Reddy Endreddy | A208429078 | MSC2190379652 | NBC | 10/29/2020 | Regressed Visa | E31 | India |
| 23 | Kashyap Kumar Bhask Thaker | A205092416 | MSC2190169325 | NEW | 10/13/2020 | Pending | E32 | India |
| 24 | Joshua Markas | A206113520 | MSC2190404653 | NOR | 10/26/2020 | Pending | E32 | India |
| 25 | Arulvelan Mani | A201256947 | MSC2190874524 | PIT | 12/24/2020 | Pending | E21 | India |
| 26 | Anshuman Rawat | A201492340 | MSC2190824988 | RAL | 11/24/2020 | RFE issued | E13 | India |
| 27 | Nirmit Kothari | A200859300 | MSC2190255672 | MEM | 10/21/2020 | Pending | E21 | India |
| 28 | Sameer Raheja | A201097429 | MSC2190674143 | NBC | 10/29/2020 | Approved 8/30/21 | | |
| 29 | Vijendar Ganta | A206968907 | MSC2190371469 | SAC | 10/27/2020 | Pending | E21 | India |
| 30 | Sriram Valluri | A088575135 | MSC2190469331 | SBD | 10/29/2020 | Pending | E21 | India |

| Plaintiff Number | Name of plaintiff | A number | Receipt number | Location of application | Receipt date | Case Status | COA | COC |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| 31 | Sivakumar Bakthavachalam | A201258092 | MSC2190469331 | SBD | 10/29/2020 | Approved 8/25/21 | E21 | India |
| 32 | Arun Madhavarao | A216342274 | MSC2190306761 | In transit to NRC | 10/28/2020 | Approved 8/20/21 | | |
| 33 | Syed Yaseen | A088570776 | MSC2190187415 | SPM | 10/01/2020 | RFE issued | E21 | India |
| 34 | Raju Praneeth Erra | A206942263 | MSC2190344305 | STA | 10/27/2020 | Approved 9/1/21 | E32 | India |
| 35 | Arun Shivani Jain | A200987626 | MSC2190382802 | YAK | 10/29/2020 | RFE issued | E21 | India |
| 36 | Syed Huq | A200734985 | LIN2190173981 | NBC | 10/20/2020 | Pending | E32 | India |